# ADDENDUM

 Gmail

Julia Sheketoff <sheketoff@gmail.com>

# FW: Sheketoff, Jula - Cobra Packet Request
1 message

**Sheketoff, Julia W.** <jsheketoff@jonesday.com>  Thu, Aug 16, 2018 at 1:06 PM
To: Julia Sheketoff <sheketoff@gmail.com>

Julia Fong Sheketoff
Associate
JONES DAY® - One Firm Worldwide℠
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Office +1.202.879.3425


**From:** Madyun, Saundra C.
**Sent:** Thursday, August 16, 2018 9:57 AM
**To:** Sheketoff, Julia W. <jsheketoff@jonesday.com>
**Subject:** RE: Sheketoff, Jula - Cobra Packet Request


Hello Julia,


Below you will find a copy of our Family Leave policy for lawyers.


5. Family Leave
    a. Leave to Care for a Newborn or Newly Adopted Child
        (1) Primary Caregiver
        (2) Secondary Caregiver
    b. Leave to Care for Child with Serious Illness

### (1) Primary Caregiver

In the case of a newly born child, the Firm will provide mothers eight weeks of paid leave under the Firm's Short Term Disability policy (the first 5 days of which will be charged to sick or vacation). In addition, if the mother is the primary caregiver, the Firm will provide an additional ten weeks of paid family leave after the eight weeks of paid disability leave and, with approval, up to an additional six weeks of unpaid leave. Mothers who are primary caregivers may use accrued vacation leave following the 18 weeks of paid leave instead of unpaid leave, but in no case may the total leave exceed 24 weeks. Mothers must commence this family leave immediately after the short term disability for the pregnancy and childbirth ends.

In the case of a newly born child, if the father is the primary caregiver, the Firm will provide ten weeks of paid family leave and, with approval, up to an additional six weeks of unpaid leave. Fathers who are primary caregivers may use accrued vacation leave following the ten weeks of paid leave instead of unpaid leave, but in no case may the total leave exceed 16 weeks. Fathers must commence this family leave within eight weeks after the birth of the child.

In the case of a newly adopted child, the Firm will provide 18 weeks of paid adoption leave to the primary caregiver and, with approval, up to an additional six weeks of unpaid leave. The primary caregiver may use accrued vacation leave following the 18 weeks of paid leave instead of unpaid leave, but in no case may the total leave exceed 24 weeks. Primary caregivers must commence this family leave within eight weeks after the adoption of the child.

### (2) Secondary Caregiver

In the case of a newly born child, the Firm will provide mothers eight weeks of paid disability leave under the Firm's Short Term Disability policy. In addition, if the mother is the secondary caregiver, the Firm will provide an additional four weeks of paid family leave after the eight weeks of paid disability leave. Mothers must commence family leave immediately after the short term disability for the pregnancy and childbirth ends.

In the case of newly born child, if the father is the secondary caregiver, the Firm will provide four weeks of paid family leave. Fathers must commence family leave within eight weeks after the birth of the child.

In the case of a newly adopted child, the Firm will provide four weeks of paid family leave to the secondary caregiver. Secondary caregivers must commence this family leave within eight weeks after the adoption of the child.

### b. Leave to Care for Child with Serious Illness

In the event an Of Counsel, Counsel, Associate or Senior Staff Attorney has a child with a serious illness or medical condition which necessitates the lawyer's absence from the office to care for the child, the Firm provides up to four weeks of paid family leave in any one year period.

Leave taken under this Family Leave policy should be approved by the appropriate Partner-in-Charge, Practice Leader and Staffing Attorney, and the Office Administrator or his or her designee should be notified.

Saundra C. Madyun
Human Resources Manager
JONES DAY® - One Firm Worldwide℠
51 Louisiana Avenue, N.W.
Washington, DC  20001
Office +1.202.879.3921

4. **Short Term Disability ("STD") Leave**

   a. **Description of Benefit & Eligibility Requirements**

The Firm provides certain salary continuation for Of Counsel, Counsel, Associates and Senior Staff Attorneys in the event of a major illness or medical condition, including pregnancy, childbirth or related medical conditions, as follows: **In any one year period, full salary and fringe benefits for up to the first 13 weeks of continuous disability, and 75% of salary and full fringe benefits for up to the 14th through 26th weeks of continuous disability.**

This payroll practice provides some level of salary continuation, as described herein, in case of a short term disability. It is not subject to ERISA.

Salary continuation is calculated using base salary. Other amounts of compensation (such as bonus or special payment) are not included. Salary continuation under this policy is provided on the condition that the Of Counsel, Counsel, Associate or Senior Staff Attorney plans to return to full-time work at the end of the STD period if he or she is medically able to do so.

Determinations of eligibility for salary continuation under this STD policy may be made by the Firm, or by UNUM or another Third Party Administrator retained by the Firm to make such determinations. An Of Counsel, Counsel, Associate or Senior Staff Attorney will be considered disabled for purposes of this policy if he or she is unable to perform the material and substantial duties of his or her regular occupation, as defined in the Long Term Disability policy, is not working in any occupation, and is under the regular and continuing care of a physician or other "health care provider" as defined under the federal Family and Medical Leave Act ("FMLA"). STD is not available for cosmetic surgery and/or treatments unless certified as related to a prior medical condition.

This STD policy applies only once an absence extends for a period more than ten consecutive work days (inclusive of Firm-paid holidays), which is hereinafter referred to as the "elimination period." Annual sick leave or other approved leave, to the extent consistent with state and local law, must be used for absences up to and including ten consecutive work days. Once the elimination period has been satisfied and an absence continues for more than ten consecutive work days, the leave period, retroactive to the sixth day of certified leave, is covered under the STD policy.

### b. Certifying Length of Short Term Disability & STD Application Process

For purposes of calculating the length of the STD period and the salary continuation level(s), a week is considered to be five work days, inclusive of any Firm-paid holidays which fall during the five-day period. Unless the Firm is notified otherwise, it will assume that a lawyer's medical provider has certified an eight-week, post-partum disability period for routine childbirth (including Cesarean-section births). Except for leave for routine childbirth, the specific period of approved STD leave is subject to certification from professional medical personnel that specifies the appropriate length of leave in a manner satisfactory to the Firm or its Third Party Administrator. Lawyers may also be required to furnish recertification during the course of a short term disability if requested by the Firm or Third Party Administrator.

An Of Counsel, Counsel, Associate or Senior Staff Attorney who seeks salary continuation under this STD policy should contact his or her Human Resources Manager/Coordinator or Office Administrator. Except for leave for routine childbirth, as a condition for obtaining the necessary Firm approval and receiving salary continuation, the lawyer must authorize his or her health care provider to discuss the lawyer's medical condition with the Firm and its representatives, as well as authorize the release of any and all medical records related to the leave. As a further condition for obtaining the necessary approval and receiving salary continuation, the Firm may require a second certification from a health care provider designated and paid for by the Firm, at any time during the course of the salary continuation period, including when STD leave is requested, while the lawyer is on STD leave, or when the lawyer desires to return to work. Should the opinions of the first and second health care providers differ, for purposes of this STD policy, the Firm may rely on either opinion in its sole discretion, or it may seek the opinion of a third health care provider designated and paid for by the Firm. Failure to cooperate in obtaining such a second or third opinion may result in the denial or discontinuance of any salary continuation benefits. Aside from any costs associated with Firm-paid health care provider certifications, as described above, the Firm is not responsible for any costs associated with the completion of medical certification forms, including any copy, transmissions and/or delivery fees. Salary continuation benefits may be advanced by the Firm pending certification and approval, subject to repayment by the lawyer if the leave is later determined not to qualify for salary continuation under this policy.

A completed application, including all medical and other information that is required by the Third Party Administrator of this STD policy, must be received by the Third Party Administrator within 14 days of the end of the ten-day elimination period (or within 28 days from the beginning of the medical related absence). Such period may be extended at the discretion of the Firm if the delay is due to act(s) or omission(s) by the Firm or the Third Party Administrator. If a completed application is not received by that date, salary continuation will stop as of that date and the claim will be denied. If the Firm extends the filing period, salary continuation may be resumed if and when a completed application is received and approved within that extended period, but in no circumstances will an original application be accepted beyond 90 days after the onset of the disability.

If a claim is denied, an appeal may be filed with the Third Party Administrator of this STD policy within 90 days after the date of the denial; if no appeal is filed within this period, the

decision to deny salary continuation benefits is final. Notwithstanding the 90-day appeal period, salary continuation under this policy will cease 21 days after the denial, even if an appeal is already pending. If an appeal is timely filed and granted, salary continuation benefits will then be retroactively restored.

### c. Other Provisions & Interplay with Other Firm Policies

If an Of Counsel, Counsel, Associate or Senior Staff Attorney returns to work on a full-time basis for 14 consecutive calendar days or less, and then becomes disabled with the same diagnosis, the current disability will be treated as part of the prior claim, not subject to completing another elimination period. If the lawyer returns to work full time for 15 or more consecutive days and then becomes disabled again with the same diagnosis, that disability will be treated as a new claim, subject to all provisions of this STD policy including but not limited to satisfying a new elimination period.

An Of Counsel, Counsel, Associate or Senior Staff Attorney who is eligible for salary continuation under this STD policy may, at their option, use accrued vacation to continue their salary at 100% prior to receiving a reduced salary benefit. Using vacation leave under these circumstances will not change the length of potential salary continuation under this policy while unable to work. Vacation does not accrue while a lawyer is on leave under this STD policy.

To the extent that an Of Counsel, Counsel, Associate or Senior Staff Attorney performs work on behalf of the Firm or its clients during any period of paid leave, such time will not extend in any way the total amount of salary continuation provided under this STD policy, or serve as a basis for additional monetary compensation. After a period of six months of continuous disability, an Of Counsel, Counsel, Associate or Senior Staff Attorney may be eligible for benefits under the Long Term Disability insurance program offered by the Firm to lawyers on a shared-premium basis, if he or she has enrolled in that program (*see Long Term Disability Insurance* at https://benefits.jonesday.net/benefits/default.aspx Jones Day Benefits website), and will be considered to be on unpaid medical disability leave. An Of Counsel, Counsel, Associate or Senior Staff Attorney who qualifies for short term disability leave under this policy will also be deemed to be absent due to a serious health condition under the federal FMLA and will be on concurrent FMLA leave if all other eligibility requirements of the FMLA are met (as well as on concurrent leave under any state law providing for leave due to an employee's health condition).

Salary continuation under this policy is not available for any period after employment has terminated.