IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARK C. SAVIGNAC
1112 M St. NW #411
Washington, D.C. 20005
(217) 714-3803
D.C. Bar No. 995367

and

JULIA SHEKETOFF
1112 M St. NW #411
Washington, D.C. 20005
(202) 567-7195
D.C. Bar No. 1030225,

    *Plaintiffs*,

v.

JONES DAY, STEPHEN J. BROGAN,
and BETH HEIFETZ,

    *Defendants*.

Case: 1:19-cv-02443 (JURY DEMAND)
Assigned To : Moss, Randolph D.
Assign. Date : 8/13/2019
Description: Employment Discrimination (H-DECK)

## MOTION FOR LEAVE TO FILE THROUGH CM/ECF

Pursuant to Local Civil Rule 5.4(b)(2), Plaintiff Julia Sheketoff hereby requests the Court's permission to file and receive documents in this case electronically through the Court's ECF system. While Plaintiff is representing herself in this matter, Plaintiff is also a member of the Bar of this Court, already has an ECF account and password with this Court, and has substantial experience with electronic filing.

Plaintiff has regular access to the internet, including an internet connection in her apartment. Plaintiff has the capacity to file documents and receive filings electronically on a regular basis. Plaintiff has been permitted to file electronically in other federal courts (and in this Court).

Granting Plaintiff leave to file electronically would serve the convenience of all parties and the Court and would promote the just, speedy, and inexpensive determination of this action.

Dated: August 13, 2019

Julia Sheketoff (pro se)
1112 M St. NW #411
Washington, D.C. 20005
(202) 567-7195
sheketoff@gmail.com
D.C. Bar No. 1030225