IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK C. SAVIGNAC and<br>JULIA SHEKETOFF,<br><br>            *Plaintiffs*,<br><br>   v.<br><br>JONES DAY, STEPHEN J. BROGAN, and<br>BETH HEIFETZ<br><br>            *Defendants*. | Civil Action No. 19-2443 (RDM) |

**MOTION FOR *PRO HAC VICE* ADMISSION OF TRACI L. LOVITT**

Under this Court's Local Civil Rule 83.2(d), I, Mary Ellen Powers, counsel for Defendants Jones Day, Stephen J. Brogan, and Beth Heifetz, respectfully move that the Court permit Traci L. Lovitt to appear *pro hac vice* as counsel for Defendants Jones Day, Stephen J. Brogan, and Beth Heifetz. Traci L. Lovitt's declaration and a proposed order are attached to this motion.

Dated: August 19, 2019

Respectfully submitted,

*/s/ Mary Ellen Powers*
Mary Ellen Powers (Bar No. 334045)
JONES DAY
51 Louisiana Avenue NW
Washington, DC 20001
Phone: (202) 879-3939

*Counsel for Defendants*