# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK C. SAVIGNAC and JULIA SHEKETOFF,<br><br>*Plaintiffs*,<br><br>v.<br><br>JONES DAY, STEPHEN J. BROGAN, and BETH HEIFETZ,<br><br>*Defendants*. | Case No. 1:19-cv-02443-RDM |

## DECLARATION OF TRACI L. LOVITT IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Traci L. Lovitt, hereby declare:

1. My name, office address, and telephone number are as follows:

   Traci L. Lovitt
   JONES DAY
   250 Vesey Street
   New York, NY 10281
   (212) 326-3939
   tlovitt@jonesday.com

2. I am a member in good standing of the highest courts of the States of New York, Massachusetts, and the District of Columbia (D.C. Bar. No. 467222).

3. I have also been admitted to the United States Supreme Court; the United States Courts of Appeals for the Second, Third, Fifth, Seventh, Ninth, and Tenth Circuits; and the United States District Courts for the Southern, Eastern, and Northern Districts of New York.

4. I am currently in good standing with all states, courts, and bars in which I am admitted.

5. I have not been admitted *pro hac vice* in this Court within the past two years.

6.     I do not have an office located within the District of Columbia.

    I declare under penalty of perjury that the foregoing is true and correct. Executed in New York, New York, this 19th day of August, 2019.

                                                                    _____
                                                                    Traci L. Lovitt