**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

MARK C. SAVIGNAC and
JULIA SHEKETOFF,

  *Plaintiffs*,

   v.

JONES DAY, STEPHEN J. BROGAN,
and BETH HEIFETZ,

  *Defendants*.

Case No. 1:19-cv-02443-RDM

**[PROPOSED] ORDER DENYING DEFENDANTS' 30-DAY EXTENSION MOTION**

  Upon consideration of Defendants' motion for a 30-day extension of time to file their responsive pleading or motion and Plaintiffs' opposition thereto, it is hereby ORDERED that Defendants' motion is DENIED.  Defendants shall answer or move to dismiss the complaint by September 4, 2019.

  So ordered on this day, _____.

_____
Hon. Randolph D. Moss
United States District Judge

## LIST OF NAMES AND ADDRESSES OF ALL PERSONS
## ENTITLED TO BE NOTIFIED OF THE ORDER'S ENTRY

Pursuant to Local Civil Rule 7(k), the following is a list of the names and addresses of all persons entitled to be notified of this order's entry:

MARK C. SAVIGNAC
1112 M St. NW #411
Washington, D.C. 20005
(217) 714-3803
D.C. Bar No. 995367

JULIA SHEKETOFF
1112 M St. NW #411
Washington, D.C. 20005
(202) 567-7195
D.C. Bar No. 1030225,

   *Plaintiffs*.


TRACI LOVITT
Jones Day
250 Vesey Street
New York, NY 10281

MARY ELLEN POWERS
Jones Day
51 Louisiana Avenue NW
Washington, D.C. 20001,

   *Attorneys for Defendants*.