# EXHIBIT A

**From:** McClure, Sarah B.
**Sent:** Friday, August 24, 2018 6:29 PM
**To:** Savignac, Mark C.
**Subject:** RE: Parental Leave

Mark -

The Firm disagrees with your assertion of discrimination and impropriety. Jones Day's family leave policy provides for male and female lawyers with newborn children to receive ten weeks of paid family leave (primary caregiver), while female lawyers receive eight weeks of additional paid leave under the Firm's short term disability policy for the childbirth. This is consistent with Title VII, which allows employers to provide female employees disability leave for childbirth while not providing the same disability leave to male employees. *See e.,g.*, *Johnson v. University of Iowa*, 408 F. Supp. 2d 728, 734 (S.D. Iowa 2004), *aff'd*, 431 F.3d 325 (8th Cir. 2005) (employer's policy allowing mothers six weeks of disability leave due to pregnancy but not the equivalent disability leave to fathers did not violate Title VII); *See also California Fed. Sav. & Loan Ass'n v. Guerra*, 472 U.S. 272, 290 (1987) (upholding a state law that required employers to provide four weeks of medical leave to women who had given birth without extending similar benefits to men or persons with other disabilities). The EEOC's Enforcement Guidelines address your concern and confirm the propriety of Jones Day's approach. Specifically, the Guidelines provide the following example:

EXAMPLE 14
Pregnancy-Related Medical Leave and Parental Leave Policy –
No Disparate Treatment

> An employer offers pregnant employees up to 10 weeks of paid pregnancy-related medical leave for pregnancy and childbirth as part of its short-term disability insurance. The employer also offers new parents, whether male or female, six weeks of parental leave. A male employee alleges that this policy is discriminatory as it gives up to 16 weeks of leave to women and only six weeks of leave to men. The employer's policy does not violate Title VII. Women and men both receive six weeks of parental leave, and women who give birth receive up to an additional 10 weeks of leave for recovery from pregnancy and childbirth under the short-term disability plan.

EEOC's Enforcement Guidance: Pregnancy Discrimination and Related Issues (June 25, 2015).

I explained this to Julia on the phone yesterday. I hope this is helpful and addresses your concern. I am happy to answer any additional questions you may have in follow up.


Sarah


Sarah B. McClure
Director of Human Resources and Counsel
**JONES DAY® - One Firm Worldwide**SM
51 Louisiana Avenue, NW
Washington, DC 20001-2113
Office +1.202.879.3811
Cell +1.202.550.0613
sbmcclure@jonesday.com