# EXHIBIT C

*Evaluation Summary*
*Evaluation Year 2016*

| Name: | Sheketoff, Julia, W | Practice: | ISSUES |
| D: | JP019917 | Office: | WAS |
| Title: | Associate | JD Year: | 2010 |

| Evaluator | JD | Exposure | Issues Grasp | Legal Analysis | Factual Analysis | Judg-ment | Subst. Expertise | Written | Oral | Timely | Effic-iency | Client | Team | Inde-pendent | Sub-ordinate | Leader-ship | Effec-tiveness | Partner-ship | Client Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 4.27 | 4.09 | 4.37 | 3.90 | 3.87 | 4.00 | 4.22 | 3.90 | 4.00 | 4.00 | 3.89 | 4.00 | 4.00 | 4.00 | 3.91 | 0.00 | |
| ▓ Partner / WAS / ▓ | | 3 | 4 | 4 | 4 | 3 | 3 | 3 | 4 | 4 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 0 | 79 |

**Comments:** Our client, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. This was a complicated issue because it required Julia to learn about ERISA and procedures to enforce judgments internationally. It was also a fact-intensive analysis because ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ As one might expect, given Julia's superior academic credentials and SCOTUS clerkship, the research and learning the material presented no problems. But her initial drafts were far more academic / pure legal analysis than helpful advice to the client. In fact, there was little-to-no advice or direction to the client. That improved in subsequent drafts, however. My impression of Julia is that she is not long for firm life. She's just not that into us. Almost nothing about her work on this case suggests otherwise. She exhibits little-to-no initiative. Rather, like a second year associate, she merely does what is asked of her. And her availability seems to be whatever is convenient for her. On multiple occasions, I asked for the next version of the memo, but she was tied up on other things. Working on a weekend does not seem to be in her vocabulary. And my guess would be that she did not bill 2000 hours last year. My guess is that she will soon leave to become Professor Sheketoff.

**Goals:** See above.

6