# EXHIBIT D

# Julia W Sheketoff



## Issues & Appeals

| | |
|---|---|
| Office: | Washington |
| Title: | Associate |
| J.D. (or Deemed): | 2010 |
| Joined Jones Day: | 10/27/2014 |



| 2016 (1/1/2016 - 12/31/2016) | |
|---|---|
| Client: | 1066 |
| Other Legal (incl. Pro Bono): | 461 |
| Firm & Public Service: | 140 |

Julia is an extremely smart and pleasant lawyer who grasps issues quickly and has great research skills. Her writing is generally very strong, although at times her drafts need to be better tailored to their intended audiences. For example, some of her writing was viewed as complicated for a judge who might not be as immersed in the law and facts; a client memo was too focused on pure legal analysis without accompanying advice; and a motion did not read enough like an advocacy piece. Still, much of her written work was excellent and skillful. Julia shows passionate commitment to some matters and seeks to take on responsibility, but in other matters does not take initiative and seems to be protecting her time. She is perceived as often absent from the office during the weekday; while she is available by cell phone, it is useful to be present in the office generally. Addressing these issues is critical to her development at the Firm.