IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MARK C. SAVIGNAC and JULIA SHEKETOFF,<br><br>     *Plaintiffs*,<br><br>*v.*<br><br>JONES DAY, *et al.*,<br><br>     *Defendants*. | Civ. No. 1:19-02443 (RDM)<br><br>**[PROPOSED] ORDER** |

**[PROPOSED] ORDER GRANTING MOTION TO DISMISS**

On consideration of Defendants' motion to dismiss under Federal Rule 12(b)(6) and the briefing thereon, it is hereby ORDERED that Defendant's motion is GRANTED. The Complaint is DISMISSED in its entirety, with prejudice.

SO ORDERED on this day, _____.

_____
Judge Randolph D. Moss
United States District Court