UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MARK C. SAVIGNAC and<br>JULIA SHEKETOFF,<br><br>*Plaintiffs,*<br><br>v.<br><br>JONES DAY, *et al.,*<br><br>*Defendants.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civ. No. 1:19-02443 (RDM)<br><br>**DEFENDANTS' CONSENT MOTION<br>FOR LEAVE TO FILE UNDER<br>SEAL** |

**DEFENDANTS' CONSENT MOTION FOR LEAVE TO FILE UNDER SEAL**

Defendants Jones Day, Stephen J. Brogan, and Beth Heifetz respectfully move to seal Exhibit B to their Motion to Dismiss, Dkt. 15-2, filed September 27, 2019. Attached to this motion is an errata containing a version of Exhibit B with redactions suitable for the Court's publicly accessible records system. The errata does not alter the extent of the redactions or have any impact on Defendants' Motion to Dismiss. Under Local Rule 7(m), counsel for Defendants have conferred with Plaintiffs, who consent to this motion. If the Court would like further information regarding the basis of this Motion, the undersigned respectfully requests leave to file a supplement under seal or for a telephonic status conference. A proposed order is attached.

/s/ Terri L. Chase
Terri L. Chase (pro hac vice)
Traci Lovitt (Bar No. 467222)
JONES DAY
250 Vesey Street
New York, NY 10281
Phone: (212) 326-3939

Anderson T. Bailey (pro hac vice)
JONES DAY
500 Grant Street
Pittsburgh, PA 15219
Phone: (412) 391-3939

Mary Ellen Powers (Bar No. 334045)
JONES DAY
51 Louisiana Avenue NW
Washington, DC 20001 Phone: (202) 879-3939

*Attorneys for Defendants*