**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MARK C. SAVIGNAC and<br>JULIA SHEKETOFF,<br><br>    *Plaintiffs*,<br><br>        v.<br><br>JONES DAY, STEPHEN J. BROGAN,<br>and BETH HEIFETZ,<br><br>    *Defendants*. | Case No. 1:19-cv-02443-RDM |

**[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO DISMISS**

Defendants' motion to dismiss is DENIED.


So ordered on this day, _____.


_____
Hon. Randolph D. Moss
United States District Judge

**LIST OF NAMES AND ADDRESSES OF ALL PERSONS
ENTITLED TO BE NOTIFIED OF THE ORDER'S ENTRY**

Pursuant to Local Civil Rule 7(k), the following is a list of the names and addresses of all persons entitled to be notified of this order's entry:

MARK C. SAVIGNAC
JULIA SHEKETOFF
1112 M St. NW #411
Washington, D.C. 20005

    *Plaintiffs*.


TRACI LOVITT
TERRI L. CHASE
Jones Day
250 Vesey Street
New York, NY 10281

MARY ELLEN POWERS
Jones Day
51 Louisiana Avenue NW
Washington, D.C. 20001

ANDERSON BAILEY
Jones Day
500 Grant Street
Pittsburgh, PA 15219,

    *Attorneys for Defendants*.