AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| Mark Savignac; Julia Sheketoff <br> *Plaintiff* <br> v. <br> Jones Day; Stephen J. Brogan; Beth Heifetz <br> *Defendant* | ) ) ) ) ) ) Case No. 1:19-02443 (RDM) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Jones Day, Stephen J. Brogan, and Beth Heifetz.

Date: 10/18/2019

/s/ Christopher DiPompeo
*Attorney's signature*

Christopher DiPompeo (Bar No. 1003503)
*Printed name and bar number*

Jones Day
51 Louisiana Ave., N.W.
Washington, DC 20001
*Address*

cdipompeo@jonesday.com
*E-mail address*

(202) 879-3939
*Telephone number*

(202) 626-1700
*FAX number*