IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK C. SAVIGNAC and<br>JULIA SHEKETOFF,<br><br>　*Plaintiffs*,<br><br>　　v.<br><br>JONES DAY, STEPHEN J. BROGAN,<br>and BETH HEIFETZ,<br><br>　*Defendants*. | Case No. 1:19-cv-02443-RDM |

**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE SURREPLY**

　　Plaintiffs' motion for leave to file a surreply in opposition to the motion to dismiss is GRANTED.

　　So ordered on this day, _____.


　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Hon. Randolph D. Moss
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

## LIST OF NAMES AND ADDRESSES OF ALL PERSONS ENTITLED TO BE NOTIFIED OF THE ORDER'S ENTRY

Pursuant to Local Civil Rule 7(k), the following is a list of the names and addresses of all persons entitled to be notified of this order's entry:

MARK C. SAVIGNAC
JULIA SHEKETOFF
1112 M St. NW #411
Washington, D.C. 20005

   *Plaintiffs*.


TRACI LOVITT
TERRI L. CHASE
Jones Day
250 Vesey Street
New York, NY 10281

CHRISTOPHER DIPOMPEO
MARY ELLEN POWERS
Jones Day
51 Louisiana Avenue NW
Washington, D.C. 20001

ANDERSON BAILEY
Jones Day
500 Grant Street
Pittsburgh, PA 15219,

   *Attorneys for Defendants*.