IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK C. SAVIGNAC and<br>JULIA SHEKETOFF,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>JONES DAY, STEPHEN J. BROGAN,<br>and BETH HEIFETZ,<br><br>    *Defendants*. | Case No. 1:19-cv-02443-RDM |

**NOTICE OF CHANGE OF ADDRESS**

Plaintiffs hereby advise the Court that their address has changed for the time being to 2207 Combes Street, Urbana, Illinois 61801.  Plaintiffs' other contact information has not changed.


/s/ Julia Sheketoff  
Julia Sheketoff (pro se)  
2207 Combes Street  
Urbana, IL 61801  
(202) 567-7195  
sheketoff@gmail.com  
D.C. Bar No. 1030225  

/s/ Mark C. Savignac  
Mark C. Savignac (pro se)  
2207 Combes Street  
Urbana, IL 61801  
(217) 714-3803  
marksavignac@gmail.com  
D.C. Bar No. 995367  

June 20, 2020