IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK C. SAVIGNAC and<br>JULIA SHEKETOFF,<br><br>　*Plaintiffs*,<br><br>　　v.<br><br>JONES DAY, STEPHEN J. BROGAN,<br>BETH HEIFETZ, and JOHN DOES 1-10,<br><br>　*Defendants*. | Case No. 1:19-cv-02443-RDM |

**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE
SUPPLEMENTAL COMPLAINT**

Plaintiffs' motion for leave to file a supplemental complaint is GRANTED.

So ordered on this day, _____.


_____
Hon. Randolph D. Moss
United States District Judge

**LIST OF NAMES AND ADDRESSES OF ALL PERSONS
ENTITLED TO BE NOTIFIED OF THE ORDER'S ENTRY**

Pursuant to Local Civil Rule 7(k), the following is a list of the names and addresses of all persons entitled to be notified of this order's entry:

MARK C. SAVIGNAC
JULIA SHEKETOFF
2207 Combes Street
Urbana, IL 61801,

    *Plaintiffs*.


TRACI LOVITT
TERRI L. CHASE
Jones Day
250 Vesey Street
New York, NY 10281

CHRISTOPHER DIPOMPEO
MARY ELLEN POWERS
Jones Day
51 Louisiana Avenue NW
Washington, D.C. 20001

ANDERSON BAILEY
Jones Day
500 Grant Street
Pittsburgh, PA 15219,

    *Attorneys for Defendants*.