IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK C. SAVIGNAC and<br>JULIA SHEKETOFF,<br><br>*Plaintiffs*,<br><br>v.<br><br>JONES DAY, STEPHEN J. BROGAN, and<br>BETH HEIFETZ<br><br>*Defendants*. | Civil Action No. 19-2443 (RDM)<br><br>**DEFENDANTS' CONSENT MOTION<br>FOR EXTENSION OF TIME TO<br>RESPOND TO MOTION FOR<br>RECONSIDERATION** |

**DEFENDANTS' CONSENT MOTION FOR EXTENSION OF TIME
TO RESPOND TO MOTION FOR RECONSIDERATION**

For the reasons set forth below, Defendants respectfully request a 10-day extension of time, until September 28, 2020, to respond to Plaintiffs' motion for reconsideration, so that the deadline in this case will align with Jones Day's deadline to respond to the same brief in another case.

**1.** On September 4, 2020, this Court issued an opinion and order that granted in part and denied in part Defendants' motion to dismiss. (Dkt. 32.) Specifically, the Court denied the motion as to all counts except two: Plaintiff Sheketoff's claim under the Equal Pay Act (Count V) and Plaintiff Savignac's claim under the Family and Medical Leave Act (Count X).

**2.** On September 9, 2010, Plaintiff Sheketoff filed a motion seeking reconsideration of the dismissal of her Equal Pay Act claim. (Dkt. 33.) The Court ordered that a response, if any, be filed by September 18, 2020. (Minute Order of Sept. 10, 2020.)

**3.** Sheketoff also moved for leave to file the same brief as an *amica* brief in the *Tolton v. Jones Day* case (No. 19-cv-945). The Court granted that motion on September 14, 2020, and ordered the parties in *Tolton* to file responses, if any, by September 28, 2020.

4. Under these orders, Jones Day must respond to the same brief on two separate dates. Although the procedural posture of Sheketoff's motion for reconsideration in this case presents some additional issues that are not relevant to *Tolton*, the response to the merits of Sheketoff's arguments will overlap substantially between the two cases.

5. To avoid duplicative briefing, Jones Day respectfully requests that its deadlines in the two cases be reconciled. Jones Day will then plan to file a response to the *amica* brief in *Tolton* that addresses Sheketoff's legal theory on the merits, and also file an opposition to her motion for reconsideration in this case that addresses the unique issues presented by that motion and that incorporates the *Tolton* response brief by reference. Jones Day believes that this approach will be more efficient for the Court and the parties.

6. This request will not delay the progress of this litigation. Jones Day intends to file, on September 18, its answer to Plaintiffs' Complaint, and discovery can proceed in due course.

7. Defendants' counsel contacted Plaintiff Sheketoff earlier today, and she consented to this motion.

September 16, 2020

                                              Traci Lovitt (Bar No. 467222)
                                              Terri L. Chase *(pro hac vice)*
                                              JONES DAY
                                              250 Vesey Street
                                              New York, NY 10281
                                              Phone: (212) 326-3939

                                              /s/ *Anderson T. Bailey*
                                              Anderson T. Bailey *(pro hac vice)*
                                              JONES DAY
                                              500 Grant Street
                                              Pittsburgh, PA 15219
                                              Phone: (412) 391-3939

Christopher DiPompeo (Bar No. 1003503)
JONES DAY
51 Louisiana Avenue NW
Washington, DC 20001
Phone: (202) 879-3939

*Attorneys for Defendants*