IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARK C. SAVIGNAC and
JULIA SHEKETOFF,

    *Plaintiffs*,

        v.

JONES DAY, STEPHEN J. BROGAN,
BETH HEIFETZ, and JOHN DOES 1-10,

    *Defendants*.

Case No. 1:19-cv-02443-RDM

**PLAINTIFF JULIA SHEKETOFF'S EXTENSION MOTION**

Plaintiff Julia Sheketoff respectfully requests a 14-day extension for her reply in support of her motion for reconsideration regarding her claim under the Equal Pay Act (Dkt. 33). The reply is currently due on October 5. With a 14-day extension, it would be due on October 19.

Julia gave birth to her second child earlier this week, before her due date. She reviewed Jones Day's opposition to her reconsideration motion from the hospital. Jones Day's formal response to the reconsideration motion is only six pages long. Dkt. 36. But it purports to incorporate by reference a 20-page brief that a separate team of Jones Day lawyers filed in the *Tolton* case a few hours before (*Tolton* Dkt. 166). For all practical purposes, then, Julia's reply in support of her reconsideration motion must be a reply to both of Jones Day's filings. And Jones Day required 19 days (including a 10-day extension) to prepare its filings. *See* Dkt. 34 (Jones Day's extension motion).

Julia seeks to discharge her duties as an officer of the Court expeditiously. Plaintiffs have not previously sought an extension, and Julia filed her reconsideration motion five days after the

Court entered the order that she asks it to reconsider.  Julia respectfully requests that she not be

required to write a reply to 26 pages of briefing—which took two separate teams at a major law

firm 19 days to prepare—within the first week of her daughter's life.

Julia sought Jones Day's position on a 14-day extension from Traci Lovitt, the partner who

filed Jones Day's opposition brief.  Ms. Lovitt declined to consent (though she did offer to consent

to a 10-day extension).

/s/ Julia Sheketoff

Julia Sheketoff (pro se)
2207 Combes Street
Urbana, IL 61801
(202) 567-7195
sheketoff@gmail.com
D.C. Bar No. 1030225

September 30, 2020