**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| MARK C. SAVIGNAC and<br>JULIA SHEKETOFF, | ) ) ) | |
| *Plaintiffs*, | ) ) | Civ. No. 1:19-02443 (RDM) |
| *v.* | ) ) | |
| JONES DAY, *et al.*, | ) ) | **RESPONSE TO MOTION FOR<br>EXTENSION OF TIME** |
| *Defendants.* | ) | |

Plaintiff Julia Sheketoff has moved this Court for 14 additional days—meaning a total of three weeks—to file a reply in support of her motion for reconsideration.  Dkt. 37.

In inquiring about Defendants' position on this request, Sheketoff did not mention that she had just delivered a baby (or offer any other reason for the request).  (*See* Ex. A.)  Had she done so, Defendants would have consented to the requested extension.

September 30, 2020

Respectfully submitted,

 /s/ *Traci L. Lovitt*
Traci L. Lovitt (Bar No. 467222)
JONES DAY
250 Vesey Street
New York, NY 10281
Phone: (212) 326-3939

*Attorney for Defendants*