# EXHIBIT A

# Lovitt, Traci L.

**From:** Lovitt, Traci L.
**Sent:** Wednesday, September 30, 2020 2:43 PM
**To:** 'Julia Sheketoff'
**Subject:** RE: Extension in Savignac v. Jones Day

Julia,

Three weeks is an unusually long period for a reply, but in the spirit of avoiding motion practice, we would consent to a ten-day extension.

Best,
Traci

Traci L. Lovitt
JONES DAY® - One Firm Worldwide℠
250 Vesey Street
New York, NY 10281-1047
Direct Dial:  +1.212.326.7830
Mobile:  +1.917.547.2562
Facsimile: +1.212.755.7306
tlovitt@jonesday.com


-----Original Message-----
From: Julia Sheketoff <sheketoff@gmail.com>
Sent: Wednesday, September 30, 2020 11:32 AM
To: Lovitt, Traci L. <tlovitt@JonesDay.com>
Subject: Extension in Savignac v. Jones Day

 ** External mail **

Hi Traci,

I'm planning to request a 14-day extension for my reply in support of my motion for reconsideration. Would you please let me know your position?

Thank you,
Julia