IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK C. SAVIGNAC and JULIA SHEKETOFF, *Plaintiffs*, v. JONES DAY, STEPHEN J. BROGAN, BETH HEIFETZ, and JOHN DOES 1-10, *Defendants*. | Case No. 1:19-cv-02443-RDM |

**REPLY IN SUPPORT OF PLAINTIFF JULIA SHEKETOFF'S EXTENSION MOTION**

      Though Ms. Lovitt now insists that she would have consented to Julia's extension request had Julia explained the personal reason for that request, Ms. Lovitt's own email (Dkt. 38-1) reveals a categorical refusal to consent, made without regard for Julia's reason (in which Ms. Lovitt showed no interest).  Nor did Jones Day give its reasons for its own two extension motions in this case so far when it emailed to seek Plaintiffs' consent to those motions.  While it costs Ms. Lovitt nothing to insist now that her clients "would have" consented (but apparently do not in fact consent), the extraordinary malice and illegality of their treatment of Julia and her family two weeks after the birth of her first child belies their pretension to care for the interests of new mothers.

                                              /s/ Julia Sheketoff
                                              Julia Sheketoff (pro se)
                                              2207 Combes Street
                                              Urbana, IL 61801
                                              (202) 567-7195
                                              sheketoff@gmail.com
                                              D.C. Bar No. 1030225

October 1, 2020