IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK C. SAVIGNAC and<br>JULIA SHEKETOFF,<br><br>  *Plaintiffs*,<br><br>  v.<br><br>JONES DAY, STEPHEN J. BROGAN,<br>BETH HEIFETZ, and JOHN DOES 1-10,<br><br>  *Defendants*. | Case No. 1:19-cv-02443-RDM |

**JOINT STATUS REPORT REGARDING DISPUTES OVER PROTECTIVE ORDER**

Pursuant to the Court's order of June 4, 2021, the Parties submit this joint status report to inform the Court of the status of the four disputed issues discussed on the conference on that date:

1.  <u>Logikcull</u>: The Parties have agreed that Plaintiffs may use their discovery review platform (Logikcull) to review Discovery Material produced in this Action, subject to Defendants' right to designate and separately produce up to 1000 pages that cannot be reviewed on the platform. The Parties are in the process of drafting language to implement that agreement.

2.  <u>Attorney Eyes Only Protective Order</u>: The Parties continue to dispute whether the Court should enter Plaintiffs' proposed "attorney eyes only" protective order. The Parties therefore propose that Plaintiffs shall file a brief in support of their proposed protective order by June 18, 2021, and that Defendants shall file an opposing brief by June 28, 2021. The Parties propose to file their briefs on the public docket with any redactions necessary to maintain the confidentiality of the communications that Plaintiffs submitted for in camera review and, if the

publicly filed version contains redactions, to submit unredacted versions for in camera review via email to the Court's Courtroom Deputy, as with Plaintiffs' initial in camera submission on June 7.

    3.    <u>Depositions and Material Not Obtained in Discovery</u>: The parties are in the process of drafting language to implement the Court's resolution of their other two disputes, which concerned (a) the use of designated material during depositions; and (b) the procedure for a Party to seek a protective order covering material produced by another Party.

    4.    The parties will submit as soon as practicable a proposed protective order incorporating all agreed upon or otherwise resolved provisions. The disputed Attorney Eyes Only provision described *supra* will be omitted from that draft, and Plaintiffs will submit the provision as a separate proposed order with their June 18, 2021 brief.

Respectfully submitted,                                                                                                                                                                                                                  June 11, 2021

/s/_____
Julia Sheketoff (*pro se*)
2207 Combes Street
Urbana, IL 61801
(202) 567-7195
sheketoff@gmail.com

s/_____
Mark C. Savignac (*pro se*)
2207 Combes Street
Urbana, IL 61801
(217) 714-3803
marksavignac@gmail.com

*Plaintiffs*

/s/_____
Terri L. Chase (pro hac vice)
JONES DAY
600 Brickell Avenue, Suite 3300
Miami, Florida 33131
Phone: 305-714-9700
Email: tlchase@jonesday.com

Traci Lovitt (Bar No. 467222)
JONES DAY
250 Vesey Street
New York, NY 10281
Phone: (212) 326-3939
Email: tlovitt@jonesday.com

Christopher DiPompeo (Bar No. 1003503)
JONES DAY
51 Louisiana Avenue NW
Washington, DC 20001
Phone: (202) 879-3939

Email: cdipompeo@jonesday.com

Anderson T. Bailey (*pro hac vice*)
JONES DAY
500 Grant Street
Pittsburgh, PA 15219
Phone: (412) 391-3939
Email: atbailey@jonesday.com

*Counsel for Defendants*