IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK C. SAVIGNAC and<br>JULIA SHEKETOFF,<br><br> *Plaintiffs*,<br><br>   v.<br><br>JONES DAY, STEPHEN J. BROGAN,<br>BETH HEIFETZ, and JOHN DOES 1-10,<br><br> *Defendants*. | Case No. 1:19-cv-02443-RDM |

**[PROPOSED] "ATTORNEYS' EYES ONLY" PROTECTIVE ORDER**

Upon consideration of the parties' submissions regarding Plaintiffs' proposed "Attorneys' Eyes Only" order, the Court hereby ORDERS:

<u>"Attorneys' Eyes Only" Designation</u>. Any party or non-party may designate as "Attorney's Eyes Only" any Discovery Material it produces that the designating party reasonably believes contains information about current or former Jones Day employees (other than a Party) that, if known to Jones Day leadership, would be likely to materially impair the employees' relationship with Jones Day.  Such materials are subject to the restrictions imposed on "Highly Confidential" materials, except that they must not be shared with or viewed by any individual who is, was, or is reasonably anticipated to be a member of Jones Day's leadership (regardless of whether such individual is involved in the representation of Defendants in this Action, is named as a Defendant, or would otherwise be permitted to view the materials under the restrictions on "Highly Confidential" materials).  For purposes of this Order, Jones Day's leadership includes its managing partner, individuals who advise the managing partner with respect to the management of Jones

Day, partners in charge, practice group leaders, deputies of the foregoing positions, individuals who participate in compensation and advancement decisions, and other individuals who hold comparable roles, whether formal or informal. Any individual with whom such materials are shared shall maintain the confidentiality of the materials and of the identities of the employees involved, consistent with the purposes of this provision. A Party who files such materials shall comply with the procedure below regarding filing provisionally under seal.

So ordered on this day, _____.

                                                                               _____
                                                                                  Hon. Randolph D. Moss
                                                                            United States District Judge

## LIST OF NAMES AND ADDRESSES OF ALL PERSONS ENTITLED TO BE NOTIFIED OF THE ORDER'S ENTRY

Pursuant to Local Civil Rule 7(k), the following is a list of the names and addresses of all persons entitled to be notified of this order's entry:

MARK C. SAVIGNAC
JULIA SHEKETOFF
2207 Combes Street
Urbana, IL 61801,

    *Plaintiffs*.


TERRI L. CHASE
Jones Day
600 Bricknell Avenue, Suite 3300
Miami, FL 33131

TRACI LOVITT
Jones Day
250 Vesey Street
New York, NY 10281

CHRISTOPHER DIPOMPEO
MARY ELLEN POWERS
Jones Day
51 Louisiana Avenue NW
Washington, D.C. 20001

ANDERSON BAILEY
Jones Day
500 Grant Street
Pittsburgh, PA 15219,

    *Attorneys for Defendants*.