## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK C. SAVIGNAC and JULIA SHEKETOFF, | ) ) ) |
| *Plaintiffs*, | ) ) |
| v. | ) ) |
| JONES DAY, *et al.*, | ) ) |
| *Defendants*. | ) ) |

Civ. No. 1:19-02443 (RDM)

### JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER AND NOTICE OF STIPULATION REGARDING PRODUCTION OF ELECTRONICALLY-STORED INFORMATION

The Parties agree that this Action may involve production of confidential, proprietary, commercial, and/or private information for which protection is warranted.  To facilitate the resolution of disputes over confidentiality of documents and information subject to discovery in this Action, to protect information contained in such documents and information, and to ensure that the Parties are permitted uses of such documents and information, pursuant to Federal Rule of Civil Procedure 26(c), the Parties respectfully move the Court to enter a Stipulated Protective Order Regarding Confidentiality of Discovery Material.  A copy of the Parties' proposed Protective Order is attached.

Further, to expedite the flow of information and to facilitate the resolution of disputes regarding documents and information subject to discovery in this Action, the Parties have agreed to, and hereby provide notice of, the attached Stipulation Regarding Production of Electronically-Stored Information ("ESI").

1

Respectfully submitted,                                              Dated: July 16, 2021

/s/ *Julia Sheketoff*                                                /s/ *Anderson T. Bailey*
Julia Sheketoff (*pro se*)                                           Anderson T. Bailey (*pro hac vice*)
2207 Combes Street                                                   JONES DAY
Urbana, IL 61801                                                     500 Grant Street
(202) 567-7195                                                       Pittsburgh, PA 15219
sheketoff@gmail.com                                                  Phone: (412) 391-3939
                                                                     Email: atbailey@jonesday.com

/s/ *Mark C. Savignac*                                               Terri L. Chase (*pro hac vice*)
Mark C. Savignac (*pro se*)                                          JONES DAY
2207 Combes Street                                                   600 Brickell Avenue, Suite 3300
Urbana, IL 61801                                                     Miami, Florida 33131
(217) 714-3803                                                       Phone: 305-714-9700
marksavignac@gmail.com                                               Email: tlchase@jonesday.com

*Plaintiffs*
                                                                     Traci Lovitt (Bar No. 467222)
                                                                     JONES DAY
                                                                     250 Vesey Street
                                                                     New York, NY 10281
                                                                     Phone: (212) 326-3939
                                                                     Email: tlovitt@jonesday.com

                                                                     Christopher DiPompeo (Bar No. 1003503)
                                                                     JONES DAY
                                                                     51 Louisiana Avenue NW
                                                                     Washington, DC 20001
                                                                     Phone: (202) 879-3939
                                                                     Email: cdipompeo@jonesday.com

                                                                     *Counsel for Defendants*