IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARK C. SAVIGNAC and
JULIA SHEKETOFF,

    *Plaintiffs*,

      v.

JONES DAY, STEPHEN J. BROGAN,
BETH HEIFETZ, and JOHN DOES 1-10,

    *Defendants*.

Case No. 1:19-cv-02443-RDM

**NOTICE REGARDING JULY 20 CONFERENCE ON DISCOVERY DISPUTES**

    Plaintiffs respectfully submit this notice to advise the Court of the disputes that they anticipate asking the Court to resolve at the discovery conference scheduled for July 20, 2021, and to provide the Court with certain materials to be discussed at the conference.

    Plaintiffs anticipate seeking the Court's resolution of the following matters, which have been the subject of lengthy calls and letters between the parties but remain unresolved:

1. **Partnership discovery:** One of the principal items of damages in this action is Mark's lost wages as a result of his unlawful termination. Plaintiffs seek discovery to show (a) that Mark would now be a partner at Jones Day but for the unlawful termination; and (b) what Mark's pay as a Jones Day partner would be. ████████████████████████████████ ████████████████████████████████████████████████████████████████

2. **Interrogatory on individuals' roles in the alleged retaliation:** Plaintiffs' Interrogatory 1 asks Defendants to identify the Jones Day personnel involved in certain challenged transactions and to state the role played by each person with respect to each transaction, "including any decision that the person made or view that the person expressed as to the appropriate course for Jones Day." ████████████████████████████████████ ████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████

3. **Interrogatory on causation:** Plaintiffs' Interrogatory 8 asks Defendants to describe the factors (if any) other than the January 16 email that motivated them to fire Mark.

████████████████████████████████████████████████████████████

4. **Interrogatories seeking identification of documents**: Plaintiffs' Interrogatories 4 and 5 ask Jones Day to identify the documents (a) that Jones Day considered in adopting its leave offerings for birth mothers and adoptive parents (who all receive 18 weeks of leave, by contrast to the 10 weeks offered to birth fathers); and (b) that relate to Jones Day's contention that a new mother who is disabled for less than eight weeks is not entitled to eight weeks of disability leave. ████████████████████████████████████████

████████████████████████████████████████████████████████████

5. **Punitive damages**: The other principal item of damages in this action is punitive damages for Defendants' retaliatory acts. ████████████████

████████████████████████████████████████████████████████████

6. **Comparators relating to causation**: Jones Day alleges that it "terminated [Mark's] employment because it concluded that he showed poor judgment, a lack of courtesy to his colleagues, personal immaturity, and a disinterest in pursuing his career at Jones Day … in an intemperate email" (that is, the January 16 email), and not because of the same email's statement that Jones Day was illegally discriminating and that Mark would pursue his rights in court if it persisted in doing so.  Dkt. 26-1 at 22 (Jones Day's press release).  Plaintiffs seek to test this assertion by obtaining discovery about how the relevant Jones Day managers treat other employees who have supposedly displayed those same traits.

████████████████████████████████████████████████████████████

With this Notice, Plaintiffs submit Interrogatories 1, 7, and 8 and Jones Day's responses to them, as it may be helpful for the Court to have the language available in writing when discussing those disputes.  Plaintiffs would gladly submit additional information if it would be helpful.

/s/ Julia Sheketoff
Julia Sheketoff (pro se)
2207 Combes Street
Urbana, IL 61801
(202) 567-7195
sheketoff@gmail.com
D.C. Bar No. 1030225

/s/ Mark C. Savignac
Mark C. Savignac (pro se)
2207 Combes Street
Urbana, IL 61801
(217) 714-3803
marksavignac@gmail.com
D.C. Bar No. 995367

July 19, 2021

CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL