IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA

MARK C. SAVIGNAC and
JULIA SHEKETOFF,

   *Plaintiffs*,

       v.

JONES DAY, STEPHEN J. BROGAN,
BETH HEIFETZ, and JOHN DOES 1-10,

   *Defendants*.

Case No. 1:19-cv-02443-RDM

## **DEFENDANTS' CONSENT MOTION FOR EXTENSION OF TIME**

Defendants Jones Day, Stephen J. Brogan, and Beth Heifetz ("Defendants"), with the consent of Plaintiffs Mark C. Savignac and Julia Sheketoff ("Plaintiffs"), respectfully request a modest change to the deadlines for the parties' briefing on discovery disputes discussed during this Court's July 20, 2021 telephonic conference.

In support of this motion, Defendants state as follows:

1. On July 20, 2021, counsel for the parties participated in a telephonic conference regarding certain discovery disputes, and the Court set a schedule for supplemental briefing regarding issues discussed during that conference.

2. A briefing schedule was set on the record, with Defendants' opening brief due July 30, 2021, Plaintiffs' response brief due August 17, 2021, and Defendants' reply brief due August 27, 2021. *See* 7/20/21 Tr. at 60:6-23.

3. Subsequent to the conference, Defendants proposed a modest change to that schedule. After meeting and conferring, the Parties have agreed to alteration of the deadlines as

follows: Defendants' opening brief due August 3, 2021; Plaintiffs' response brief due August 21, 2021; and Defendants' reply brief due August 27, 2021.

4. The parties' agreed-upon deadlines do not change the overall schedule for close of briefing on this issue.

5. Defendants move for entry of the parties' agreed-upon deadlines; a proposed order with these deadlines is attached.

6. Plaintiffs consent to the relief requested.

**WHEREFORE**, Defendants respectfully request that this Court order the following:

a. Defendants' opening brief on the discovery disputes ripe for briefing discussed during the July 20, 2021 conference shall be due on August 3, 2021;

b. Plaintiffs' response brief shall be due on August 21, 2021; and

c. Defendants' reply brief shall be due on August 27, 2021.

Respectfully submitted,

Date: July 28, 2021

/s/ Anderson T. Bailey
Anderson T. Bailey (*pro hac vice*)
JONES DAY
500 Grant Street
Pittsburgh, PA 15219
Ph: (412) 391-3939
Email: atbailey@jonesday.com

Terri L. Chase (*pro hac vice*)
JONES DAY
600 Brickell Avenue, Suite 3300
Miami, Florida 33131
Ph: (305) 714-9700
Email: tlchase@jonesday.com

Traci Lovitt (Bar No. 467222)
JONES DAY
250 Vesey Street
New York, NY 10281

Ph: (212) 326-3939
Email: tlovitt@jonesday.com

Christopher DiPompeo (Bar No. 1003503)
JONES DAY
51 Louisiana Avenue NW
Washington, DC 20001
Ph: (202) 879-3939
Email: cdipompeo@jonesday.com

*Attorneys for Defendants*