# **EXHIBIT A**

# Excerpts of Plaintiffs' Discovery Requests
## That Pertain to Damages Questions

**PLAINTIFFS' FIRST REQUESTS FOR PRODUCTION OF DOCUMENTS**

**21.** All documents relating to Jones Day's policies and processes relating to evaluation or compensation-setting for attorneys [including partners], including factors considered and the individuals involved in the processes and their roles.

**24.** All documents relating to Jones Day's evaluation process or compensation-setting process for attorneys [including partners] that were provided to attorneys participating in either process, including instructions and cues.

**25.** All documents relating to policies and processes relating to an attorney's being promoted to partner or being put up for partner, the factors considered in determining whether to make an attorney a partner, or any eligibility requirements for partnership (including requirements relating to seniority or length of employment with Jones Day).

**26.** All documents relating to the promotion to partner of any attorneys affiliated with Issues & Appeals or who clerked at the Supreme Court, including: any statement regarding the promotion, eligibility, suitability, or prospects for promotion of such attorneys (either in general or with reference to one or more individuals); any communications stating or implying that any such attorney should seek other employment or was unlikely to be promoted; and all documents reviewed or generated during the process of considering such an attorney for being put up for partner or promoted to partner.

**27.** Documents showing the following information with respect to all attorneys promoted to partner effective January 2021: name, sex, JD deemed year, practice group(s), office, law school attended, month and year of law school graduation, month and year of becoming a Jones Day associate, whether the individual served as a Supreme Court clerk, the position that the attorney held in 2020 (e.g., associate, of counsel, counsel), billable and non-billable client hours for each calendar year since 2017, compensation as of the date(s) that compensation adjustments took effect for each year since 2017, and consensus statement and all quantitative ratings or rankings for each year since 2017.

**29.** All documents provided to attorneys affiliated with Issues & Appeals who become partners relating to their being partners, including any partnership agreement, documents relating to Jones Day's expectations for partners, and documents relating to the compensation of partners and other aspects of the partner's financial relationship with Jones Day.

**30.** Documents showing the following information with respect to each Jones Day partner: name, sex, any special title or role that the partner holds with the firm, compensation as of April 2021, JD deemed year, the month and year when the partner became a partner, practice group(s), office, law school attended, month and year of law school graduation, whether the individual served as a Supreme Court clerk, billable and non-billable client hours for calendar year 2020, and any quantitative information that influenced the partner's most recent compensation adjustment.

**31.** Documents showing the following information with respect to each partner, counsel, or of counsel affiliated with Issues & Appeals: name, sex, any special title or role that the attorney holds with the firm, JD deemed year, office, law school attended, month and year of law school graduation, month and year of becoming a Jones Day partner (or counsel or of counsel), whether the attorney served as a Supreme Court clerk, billable and non-billable client hours for each calendar year since 2014, compensation as of the date(s) that compensation adjustments took effect for each year since 2014, and any quantitative or narrative information that influenced the attorney's compensation for each year since 2014.

**32.** All documents relating to the determination of compensation for any partner affiliated with Issues & Appeals or who clerked at the Supreme Court, including documents reviewed or generated during the compensation-setting process and communications among the decisionmakers.

**33.** Documents sufficient to show all market-based or other broadly applicable adjustments to attorney compensation (including adjustments applicable to U.S. attorneys in general or to D.C. attorneys or attorneys affiliated with Issues & Appeals in particular) since 2010.

**39.** Documents showing the financial resources of each Defendant, including: the annual income for each year since 2018 and the present net worth of each individual Defendant; the annual revenues and profits for each year since 2018 and the present assets and liabilities of Jones Day; and any valuation of Jones Day.

**40.** Documents showing the annual revenues and profits for each year since 2018 and the present assets, liabilities, and valuation associated with Jones Day's office and presence in the District of Columbia.

**PLAINTIFFS' FIRST SET OF INTERROGATORIES**

**10.** For each year from 1987 through 2020, state the numbers of attorneys in groups (a)-(d), defined below, who were promoted to partner effective that year and the number of such attorneys in each group who were Jones Day partners as of January 1, 2021. (a) is all attorneys, (b) is all male attorneys, (c) is all attorneys affiliated with Issues & Appeals, and (d) is all male attorneys affiliated with Issues & Appeals.

**PLAINTIFFS' SECOND REQUESTS FOR PRODUCTION OF DOCUMENTS**

**19.** All documents relating to Jones Day's general policies with respect to partners, including policies relating to retirement or de-equitization.

2

**PLAINTIFFS' THIRD REQUESTS FOR PRODUCTION OF DOCUMENTS**

**4.** All documents relating to Jones Day's decision (or consideration of whether) to push out any Issues & Appeals associate who had graduated from law school five or more years prior, including all documents relating to any such associate's being counseled that he or she would not or likely would not be put up for and/or promoted to partner.

**7.** Documents sufficient to show all factors material to partnership promotion and the relative weight of each factor as of the time(s) when partnership decisions were made in 2020 and (when available) in 2021.

**8.** Documents sufficient to show all factors material to partner compensation and the relative weight of each factor.

**9.** Documents showing the following information with respect to all attorneys promoted to partner effective January 2019, January 2020, January 2021, and (when the information becomes available) January 2022: name, sex, JD deemed year, practice group(s), office, law school attended, month and year of law school graduation, month and year of becoming a Jones Day associate, whether the individual served as a Supreme Court clerk, the position that the attorney held immediately prior to being promoted to partner (e.g., associate, of counsel, counsel), billable and non-billable client hours for each year for the four years prior to being promoted, compensation as of the date(s) that compensation adjustments took effect for each year for the four years prior to being promoted, consensus statements and all quantitative ratings or rankings for each year for the four years prior to being promoted, and all other information material to promotion to partnership.

**12.** Documents showing the following information with respect to each partner employed by Jones Day at any point since 2014: name, sex, any special title or role that the partner holds with the firm, JD deemed year, hire and rehire date(s), the month and year when the partner became a partner, termination date(s), practice group(s), office, law school attended, month and year of law school graduation, whether the individual served as a Supreme Court clerk, billable and non-billable client hours for each year since 2014, compensation as of the date(s) compensation adjustments took effect for each year since 2014, and any quantitative information that influenced the partner's compensation for each year since 2014.

**13.** Documents showing the following information with respect to each partner, counsel, or of counsel affiliated either with Issues & Appeals or with the Washington office at any point since 2014: name, sex, any special title or role that the attorney holds with the firm, JD deemed year, office, law school attended, month and year of law school graduation, hire and rehire date(s), month and year of becoming a Jones Day partner (or counsel or of counsel), termination date(s), whether the attorney served as a Supreme Court clerk, billable and non-billable client hours for each year since the attorney first joined the firm, compensation as of the date(s) that compensation adjustments took effect for each year since the attorney first joined the firm, any quantitative or narrative information that influenced the attorney's compensation for each year since 2014, and all other documents concerning that attorney that were generated in connection with the compensation-setting process for each year since 2014.

**14.** For Issues & Appeals attorneys who were percentage participants at any point between 2014 and the trial of this action, documents showing the date the attorney became a percentage participant, any adjustments to the number or size of their share(s) in Jones Day's profits as of the date(s) such adjustments took effect since the attorney became a percentage participant, the amount of compensation received by the attorney each year attributable to the share(s) since the attorney became a percentage participant, the current value of the share(s), and any information that influenced the decision to grant or change the size or number of the share(s) since the attorney became a percentage participant.

**15.** Documents sufficient to show all types of compensation received by any attorney since 2017, including salary, share of the firm's profits, fringe benefits, and all other forms of compensation.