# **EXHIBIT B**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK C. SAVIGNAC and<br>JULIA SHEKETOFF,<br><br>      Plaintiffs,<br><br>v.<br><br>JONES DAY, et al.,<br><br>      Defendants. | )<br>)<br>)<br>)   Civ. No. 1:19-02443 (RDM)<br>)<br>)<br>)<br>)<br>)<br>) |

### DECLARATION OF MICHAEL R. SHUMAKER

I, Michael R. Shumaker, declare as follows:

1. My name is Michael Shumaker. I am a partner in the law firm of Jones Day. I also hold the title of Firm Administrative Partner. In that capacity, I help oversee and coordinate Jones Day's administrative operations and serve as counsel to the Firm on personnel and other matters, among other things. Since 2019, I have been a member of Jones Day's Partnership Committee, which advises on matters involving partner admissions.

2. My business address is 51 Louisiana Avenue NW, Washington, D.C., 20001. I have personal knowledge of the facts described in this declaration.

3. Effective May 8, 2017, Plaintiff Mark Savignac joined Jones Day as an associate assigned to the Firm's Issues & Appeals practice group. Savignac was terminated from Jones Day effective January 22, 2019. While at Jones Day, Savignac was considered a member of the J.D. 2011 class, correlating with the year he received his law degree.

4. In December 2020, Jones Day announced the names of 50 lawyers at the Firm who would be admitted into the Jones Day partnership effective January 1, 2021.

5. No lawyer who received a J.D. degree in 2011 was promoted to partnership in January 2021 who had been with the Firm for as short a period as Savignac would have been, even if Savignac had been employed with Jones Day at all times between May 8, 2017, and December 31, 2020.

In compliance with 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:   August 3, 2021

Michael R. Shumaker

2