IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK C. SAVIGNAC and<br>JULIA SHEKETOFF,<br><br>    *Plaintiffs*,<br><br>          v.<br><br>JONES DAY, STEPHEN J. BROGAN,<br>BETH HEIFETZ, and JOHN DOES 1-10,<br><br>    *Defendants*. | Case No. 1:19-cv-02443-RDM |

**MOTION FOR LEAVE TO FILE SURREPLY
IN SUPPORT OF DISCOVERY ON LOST WAGES**

    Jones Day's reply in this discovery dispute raises many new factual and legal arguments. While Plaintiffs do not seek to protract this briefing with a rebuttal of all of those forfeited points, Plaintiffs propose to file a short surreply addressing one of Jones Day's brand-new arguments: that the Court hold now that Mark cannot recover lost wages beyond 2022—and cannot recover front pay at all ███████████████████████████████████████████████████. Because Jones Day's newly proposed course, if followed, would be practically dispositive of this action from an economic perspective, Plaintiffs respectfully request that the Court consider their proposed surreply.  (Defendants' counsel declined to consent to this motion.)

| | |
|---|---|
| /s/ Julia Sheketoff | /s/ Mark Savignac |
| Julia Sheketoff (pro se) | Mark C. Savignac (pro se) |
| 2207 Combes Street | 2207 Combes Street |
| Urbana, IL 61801 | Urbana, IL 61801 |
| (202) 567-7195 | (217) 714-3803 |
| sheketoff@gmail.com | marksavignac@gmail.com |
| D.C. Bar No. 1030225 | D.C. Bar No. 995367 |

September 1, 2021