IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK C. SAVIGNAC and<br>JULIA SHEKETOFF,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>JONES DAY, STEPHEN J. BROGAN,<br>BETH HEIFETZ, and JOHN DOES 1-10,<br><br>    *Defendants*. | Case No. 1:19-cv-02443-RDM |

**JOINT STATUS REPORT REGARDING DISPUTES OVER CLAIMS OF PRIVILEGE**

Pursuant to the Court's Order of September 29, 2021, the Parties submit this joint status report. The parties propose that Plaintiffs file the motion to compel discussed during the conference with the Court today by October 13, 2021, that Defendants file their opposition by October 27, 2021, and that Plaintiffs file their reply by November 8, 2021. The parties further propose that Defendants may file a motion to compel related to Plaintiffs' privilege and work product assertions by October 22, 2021, that Plaintiffs may file their opposition to any such motion by November 5, 2021, and that Defendants may file their reply in support of any such motion by November 15, 2021.

Respectfully submitted,   September 29, 2021

| | |
|---|---|
| /s/ Julia Sheketoff<br>Julia Sheketoff (*pro se*)<br>2207 Combes Street<br>Urbana, IL 61801<br>(202) 567-7195<br>sheketoff@gmail.com<br><br>/s/ Mark C. Savignac<br>Mark C. Savignac (*pro se*)<br>2207 Combes Street<br>Urbana, IL 61801<br>(217) 714-3803<br>marksavignac@gmail.com<br><br>*Plaintiffs* | /s/ Terri L. Chase<br>Terri L. Chase (pro hac vice)<br>JONES DAY<br>600 Brickell Avenue, Suite 3300<br>Miami, Florida 33131<br>Phone: 305-714-9700<br>Email: tlchase@jonesday.com<br><br>Traci Lovitt (Bar No. 467222)<br>JONES DAY<br>250 Vesey Street<br>New York, NY 10281<br>Phone: (212) 326-3939<br>Email: tlovitt@jonesday.com<br><br>Christopher DiPompeo (Bar No. 1003503)<br>JONES DAY<br>51 Louisiana Avenue NW<br>Washington, DC 20001<br>Phone: (202) 879-3939<br>Email: cdipompeo@jonesday.com<br><br>Anderson T. Bailey (*pro hac vice*)<br>JONES DAY<br>500 Grant Street<br>Pittsburgh, PA 15219<br>Phone: (412) 391-3939<br>Email: atbailey@jonesday.com<br><br>*Counsel for Defendants* |