IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK C. SAVIGNAC and<br>JULIA SHEKETOFF,<br><br>   *Plaintiffs*,<br><br>   v.<br><br>JONES DAY, STEPHEN J. BROGAN,<br>BETH HEIFETZ, and JOHN DOES 1-10,<br><br>   *Defendants*. | Case No. 1:19-cv-02443-RDM |

**JOINT MOTION FOR EXTENSION OF TIME TO
COMPLETE DOCUMENT DISCOVERY**

Under this Court's minute order of September 2, 2021, document discovery in this action is to close by October 15, 2021.  Due to unforeseen circumstances, the parties agree that an additional week is necessary to substantially complete document productions.  Accordingly, the parties respectfully request that the Court extend the document discovery deadline by one week, to October 22, 2021.

Respectfully submitted,

| | |
|---|---|
| /s/ Julia Sheketoff<br>Julia Sheketoff (pro se)<br>2207 Combes Street<br>Urbana, IL 61801<br>(202) 567-7195<br>sheketoff@gmail.com<br>D.C. Bar No. 1030225<br><br>/s/ Mark C. Savignac<br>Mark C. Savignac (pro se)<br>2207 Combes Street<br>Urbana, IL 61801<br>(217) 714-3803<br>marksavignac@gmail.com<br>D.C. Bar No. 995367<br><br>*Plaintiffs* | /s/ Anderson T. Bailey<br>Terri L. Chase (pro hac vice)<br>JONES DAY<br>600 Brickell Avenue, Suite 3300<br>Miami, Florida 33131<br>Phone: 305-714-9700<br>Email: tlchase@jonesday.com<br><br>Traci Lovitt (Bar No. 467222)<br>JONES DAY<br>250 Vesey Street<br>New York, NY 10281<br>Phone: (212) 326-3939<br>Email: tlovitt@jonesday.com<br><br>Christopher DiPompeo (Bar No. 1003503)<br>JONES DAY<br>51 Louisiana Avenue NW<br>Washington, DC 20001<br>Phone: (202) 879-3939<br>Email: cdipompeo@jonesday.com<br><br>Anderson T. Bailey (*pro hac vice*)<br>JONES DAY<br>500 Grant Street<br>Pittsburgh, PA 15219<br>Phone: (412) 391-3939<br>Email: atbailey@jonesday.com |
| October 14, 2021 | *Counsel for Defendants* |