# APPENDIX

**[MATERIAL DESIGNATED AS CONFIDENTIAL]**