# SUPPLEMENTAL APPENDIX

**[Material designated as Confidential]**

**Sheketoff, Julia W.**

From: System Generated/JonesDay on behalf of Firm Human Resources Director
Sent: Thursday, January 22, 2015 1:26 PM
Subject: Change in Firm Maternity, Paternity and Adoption Leave Policy for Lawyers

All U.S. Lawyers:

RE: Change in Maternity, Paternity and Adoption Leave Policy

Effective January 1, 2015, the Firm will be making the following changes to its maternity, paternity, and adoption leave policy for all Of Counsel, Counsel, Associates and Senior Staff Attorneys in the U.S. offices:

- The Firm will provide mothers a total of 18 weeks of paid leave post-partum (with the first 8 weeks paid under the Firm's STD policy and the next 10 weeks paid under the Firm's paid family leave policy) and, with approval, up to an additional 6 weeks of unpaid leave, for a total maternity leave of 24 weeks post-partum.
- Fathers are entitled to a paid paternity leave of 4 weeks as is the current policy.
- In the case of adoptions, the Firm will provide 18 weeks of paid adoption leave to the primary caregiver and, with approval, up to an additional 6 weeks of unpaid leave, for a total adoption leave of 24 weeks. Secondary caregivers are entitled to 4 weeks of paid adoption leave.

The remainder of the Firm's policies with respect to maternity, paternity and adoption leave are set out in the Firm Manual. If you have any questions, please contact your local Human Resources personnel or Firm Human Resources.

Sarah McClure
Counsel and Director of Human Resources
**JONES DAY® - One Firm Worldwide**[SM]
51 Louisiana Ave., NW
Washington, DC  20001-2113
Office +1.202.879.3811
sbmcclure@jonesday.com

**[Material designated as Confidential]**