IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK C. SAVIGNAC and<br>JULIA SHEKETOFF,<br><br>　　*Plaintiffs*,<br><br>　　　　v.<br><br>JONES DAY, STEPHEN J. BROGAN,<br>BETH HEIFETZ, and JOHN DOES 1-10,<br><br>　　*Defendants*. | Case No. 1:19-cv-02443-RDM |

**[PROPOSED] PROTECTIVE ORDER**

　　Upon consideration of Plaintiffs' Request for a Protective Order, the Court ORDERS:

- Plaintiffs need not further respond to Defendants' Document Request 55 (which seeks "[a]ll documents reviewed or relied upon by Plaintiffs in preparation of the Complaints").

- Plaintiffs need not identify individuals consulted in anticipation of litigation.

- Plaintiffs may comply with the requirements of Federal Rule of Civil Procedure 26(b)(5) by providing the information required by S.D.N.Y.-E.D.N.Y. Local Rule 26.2(a)(2) (except information that is itself privileged) and may provide that information on a categorical basis consistent with S.D.N.Y.-E.D.N.Y. Local Rule 26.2(c).

- Plaintiffs' categorical spousal privilege log satisfies Rule 26(b)(5).

- Plaintiffs have satisfied Rule 26(b)(5) by providing information sufficient to enable Defendants to assess their work-product claim in connection with Defendants' Document Request 9.

- A plaintiff does not waive the psychotherapist-patient privilege by seeking damages for his or her psychological harm, regardless of whether those damages are "garden variety."

- Defendants' motion to compel is DENIED.

　　So ordered on this day, _____.

_____
Hon. Randolph D. Moss
United States District Judge

## LIST OF NAMES AND ADDRESSES OF ALL PERSONS ENTITLED TO BE NOTIFIED OF THE ORDER'S ENTRY

Pursuant to Local Civil Rule 7(k), the following is a list of the names and addresses of all persons entitled to be notified of this order's entry:

MARK C. SAVIGNAC
JULIA SHEKETOFF
2207 Combes Street
Urbana, IL 61801,

    *Plaintiffs*.


TRACI LOVITT
Jones Day
250 Vesey Street
New York, NY 10281

TERRI L. CHASE
Jones Day
600 Brickell Avenue, Suite 3300
Miami, FL 33131

CHRISTOPHER DIPOMPEO
MARY ELLEN POWERS
Jones Day
51 Louisiana Avenue NW
Washington, D.C. 20001

ANDERSON BAILEY
Jones Day
500 Grant Street
Pittsburgh, PA 15219,

    *Attorneys for Defendants*.