IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK C. SAVIGNAC and<br>JULIA SHEKETOFF,<br><br>  *Plaintiffs*,<br><br>    v.<br><br>JONES DAY, STEPHEN J. BROGAN,<br>BETH HEIFETZ, and MICHAEL<br>SHUMAKER,<br><br>  *Defendants*. | Case No. 1:19-cv-02443-RDM |

**CONSENT MOTION FOR CLARIFICATION OF THE COURT'S
FEBRUARY 1, 2022 MINUTE ORDER REGARDING IN CAMERA REVIEW**

Defendants respectfully request clarification regarding the Court's minute order of February 1, 2022, referring certain matters for *in camera* review by a magistrate judge ("Order") in two respects.

First, the Order states that the "magistrate judge may consider the parties' briefing to facilitate his or her review, see Dkt. 84; Dkt. 94; Dkt. 97…." However, the briefing relevant to the matter submitted for *in camera* review was filed at Dkt. 84 (Plaintiffs' sealed opening brief and exhibits), Dkt. 94 (Defendants' sealed opposition and exhibits), Dkt. 95 (Plaintiffs' sealed reply and exhibits), and Dkt. 118 (Defendants' sur-reply and exhibits, filed with leave of Court). Defendants also anticipate that a transcript of the January 31, 2022 argument will be available. Defendants request clarification that Judge Faruqui may consider each of these filings and the transcript.

Second, the Order states that "the magistrate judge shall file an ex parte report and recommendation with the Court setting forth his or her recommendations and reasons for those

recommendations, but without disclosing the content of any of the communications at issue." Defendants request clarification as to whether the matter is being referred to Magistrate Judge Faruqui for a final decision subject to potential objections, as Fed. R. Civ. P. 72(a) contemplates for nondispositive matters, and whether Judge Faruqui is authorized to disclose his reasoning and any decision or recommendation to the parties.

      That parties have conferred, and Plaintiffs consent to the relief requested here. A Proposed Order is attached.

Dated February 4, 2022

Respectfully submitted,

*/s/ Terri L. Chase*
Terri L. Chase (pro hac vice)
JONES DAY
600 Brickell Avenue, Suite 3300
Miami, Florida 33131
Phone: 305-714-9700
Email: tlchase@jonesday.com

Traci Lovitt (Bar No. 467222)
JONES DAY
250 Vesey Street
New York, NY 10281
Phone: (212) 326-3939
Email: tlovitt@jonesday.com

Christopher DiPompeo (Bar No. 1003503)
JONES DAY
51 Louisiana Avenue NW
Washington, DC 20001
Phone: (202) 879-3939
Email: cdipompeo@jonesday.com

Anderson T. Bailey (*pro hac vice*)
JONES DAY
500 Grant Street
Pittsburgh, PA 15219
Phone: (412) 391-3939
Email: atbailey@jonesday.com

*Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARK C. SAVIGNAC and
JULIA SHEKETOFF,

*Plaintiffs*,

v.

JONES DAY, STEPHEN J. BROGAN,
BETH HEIFETZ, and MICHAEL
SHUMAKER,

*Defendants*.

Case No. 1:19-cv-02443-RDM

**[PROPOSED] ORDER**

AND NOW, this _____ day of February, 2022, upon consideration of Defendants' Motion for Clarification, it is hereby ORDERED that when addressing the matter submitted for *in camera* review, the magistrate judge to whom this matter is referred may consider all filings at Dkt. Nos. 84, 94, 95, and 118, as well as the transcript of the January 31, 2022 argument.  Following completion of his or her review, the magistrate judge shall:

BY THE COURT:

_____

## LIST OF NAMES AND ADDRESSES OF ALL PERSONS
## ENTITLED TO BE NOTIFIED OF THE ORDER'S ENTRY

Pursuant to Local Civil Rule 7(k), the following is a list of the names and addresses of all persons entitled to be notified of this order's entry:

MARK C. SAVIGNAC
JULIA SHEKETOFF
2207 Combes Street
Urbana, IL 61801,

    *Plaintiffs*.

TRACI LOVITT
Jones Day
250 Vesey Street
New York, NY 10281

TERRI L. CHASE
Jones Day
600 Brickell Avenue, Suite 3300
Miami, FL 33131

CHRISTOPHER DIPOMPEO
MARY ELLEN POWERS
Jones Day
51 Louisiana Avenue NW
Washington, D.C. 20001

ANDERSON BAILEY
Jones Day
500 Grant Street
Pittsburgh, PA 15219,

    *Attorneys for Defendants*.