IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK C. SAVIGNAC and<br>JULIA SHEKETOFF,<br><br>　　*Plaintiffs*,<br><br>　　v.<br><br>JONES DAY, STEPHEN J. BROGAN,<br>BETH HEIFETZ, MICHAEL SHUMAKER,<br>and JOHN DOES 1-10,<br><br>　　*Defendants*. | Case No. 1:19-cv-02443-RDM |

**JOINT STATUS REPORT REGARDING OUTSTANDING DISCOVERY DISPUTES**

Pursuant to the Court's Order of February 7, 2022, the parties have continued to confer about the discovery disputes identified in their Joint Status Report of November 15, 2021 (Dkt. 101). The parties intend to confer further in an attempt to resolve the disputes. The parties propose to file another status report on February 22, 2022, to advise the Court further.

Respectfully submitted,  February 14, 2022

/s/ Julia Sheketoff
Julia Sheketoff (*pro se*)
2207 Combes Street
Urbana, IL 61801
(202) 567-7195
sheketoff@gmail.com

/s/ Mark C. Savignac
Mark C. Savignac (*pro se*)
2207 Combes Street
Urbana, IL 61801
(217) 714-3803
marksavignac@gmail.com

*Plaintiffs*

/s/ Terri L. Chase
Terri L. Chase (pro hac vice)
JONES DAY
600 Brickell Avenue, Suite 3300
Miami, Florida 33131
Phone: 305-714-9700
Email: tlchase@jonesday.com

Traci Lovitt (Bar No. 467222)
JONES DAY
250 Vesey Street
New York, NY 10281
Phone: (212) 326-3939
Email: tlovitt@jonesday.com

Christopher DiPompeo (Bar No. 1003503)
JONES DAY
51 Louisiana Avenue NW
Washington, DC 20001
Phone: (202) 879-3939
Email: cdipompeo@jonesday.com

Anderson T. Bailey (*pro hac vice*)
JONES DAY
500 Grant Street
Pittsburgh, PA 15219
Phone: (412) 391-3939
Email: atbailey@jonesday.com

*Counsel for Defendants*