**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MARK C. SAVIGNAC and<br>JULIA SHEKETOFF,<br><br>  *Plaintiffs*,<br><br>   v.<br><br>JONES DAY, STEPHEN J. BROGAN,<br>BETH HEIFETZ, MICHAEL SHUMAKER,<br>and JOHN DOES 1-10,<br><br>  *Defendants*. | Case No. 1:19-cv-02443-RDM |

**JOINT STATUS REPORT REGARDING OUTSTANDING DISCOVERY DISPUTES**

   Pursuant to the Court's Order of February 15, 2022, the parties have continued to confer about the discovery disputes identified in their Joint Status Report of November 15, 2021 (Dkt. 101). The parties have reached agreements to resolve items 1, 2, 4, and 6 identified in that filing. The parties intend to confer further regarding the remaining items (3 and 5) and propose to file another status report on February 28, 2022, to advise the Court further.

Respectfully submitted,                                              February 22, 2022

/s/ Julia Sheketoff                                    /s/ Terri L. Chase
Julia Sheketoff (*pro se*)                             Terri L. Chase (pro hac vice)
2207 Combes Street                                     JONES DAY
Urbana, IL 61801                                       600 Brickell Avenue, Suite 3300
(202) 567-7195                                         Miami, Florida 33131
sheketoff@gmail.com                                    Phone: 305-714-9700
                                                       Email: tlchase@jonesday.com

/s/ Mark C. Savignac
Mark C. Savignac (*pro se*)                            Traci Lovitt (Bar No. 467222)
2207 Combes Street                                     JONES DAY
Urbana, IL 61801                                       250 Vesey Street
(217) 714-3803                                         New York, NY 10281
marksavignac@gmail.com                                 Phone: (212) 326-3939
                                                       Email: tlovitt@jonesday.com

*Plaintiffs*
                                                       Christopher DiPompeo (Bar No. 1003503)
                                                       JONES DAY
                                                       51 Louisiana Avenue NW
                                                       Washington, DC 20001
                                                       Phone: (202) 879-3939
                                                       Email: cdipompeo@jonesday.com

                                                       Anderson T. Bailey (*pro hac vice*)
                                                       JONES DAY
                                                       500 Grant Street
                                                       Pittsburgh, PA 15219
                                                       Phone: (412) 391-3939
                                                       Email: atbailey@jonesday.com

                                                       *Counsel for Defendants*