IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK C. SAVIGNAC and<br>JULIA SHEKETOFF,<br><br>    *Plaintiffs*,<br><br>        v.<br><br>JONES DAY, STEPHEN J. BROGAN,<br>BETH HEIFETZ, MICHAEL SHUMAKER,<br>and TRACI LOVITT,<br><br>    *Defendants*. | Case No. 1:19-cv-02443-RDM |

**JOINT STATUS REPORT REGARDING OUTSTANDING DISCOVERY DISPUTES**

Pursuant to the Court's Order of February 22, 2022, the parties have continued to confer about the discovery disputes identified in their Joint Status Report of November 15, 2021 (Dkt. 101). While the parties previously reached agreements to resolve items 1, 2, 4, and 6 identified in that filing, they have been unable to reach agreement regarding the remaining items (3 and 5) and now agree that those two disputes call for judicial resolution. The parties jointly propose that those items be referred to Judge Faruqui for resolution.

Respectfully submitted, February 28, 2022

/s/ Julia Sheketoff
Julia Sheketoff (*pro se*)
2207 Combes Street
Urbana, IL 61801
(202) 567-7195
sheketoff@gmail.com

/s/ Mark C. Savignac
Mark C. Savignac (*pro se*)
2207 Combes Street
Urbana, IL 61801
(217) 714-3803
marksavignac@gmail.com

*Plaintiffs*

/s/ Terri L. Chase
Terri L. Chase (pro hac vice)
JONES DAY
600 Brickell Avenue, Suite 3300
Miami, Florida 33131
Phone: 305-714-9700
Email: tlchase@jonesday.com

Traci Lovitt (Bar No. 467222)
JONES DAY
250 Vesey Street
New York, NY 10281
Phone: (212) 326-3939
Email: tlovitt@jonesday.com

Christopher DiPompeo (Bar No. 1003503)
JONES DAY
51 Louisiana Avenue NW
Washington, DC 20001
Phone: (202) 879-3939
Email: cdipompeo@jonesday.com

Anderson T. Bailey (*pro hac vice*)
JONES DAY
500 Grant Street
Pittsburgh, PA 15219
Phone: (412) 391-3939
Email: atbailey@jonesday.com

*Counsel for Defendants*