IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK C. SAVIGNAC and<br>JULIA SHEKETOFF,<br><br>    *Plaintiffs*,<br><br>        v.<br><br>JONES DAY, STEPHEN J. BROGAN,<br>BETH HEIFETZ, MICHAEL SHUMAKER,<br>and TRACI LOVITT,<br><br>    *Defendants*. | Case No. 1:19-cv-02443-RDM-ZMF |

**PLAINTIFF JULIA SHEKETOFF'S MOTION TO ALLOW
ALISON FRICK TO APPEAR *PRO HAC VICE***

Pursuant to Local Rule 83.2, Plaintiff Julia Sheketoff respectfully moves the Court to permit Alison Frick to appear *pro hac vice* in this case for the limited purpose of representing Plaintiff Mark Savignac at his deposition and representing Plaintiff Julia Sheketoff at her deposition.

/s/ Julia Sheketoff
Julia Sheketoff (pro se)
2207 Combes Street
Urbana, IL 61801
(202) 567-7195
sheketoff@gmail.com
D.C. Bar No. 1030225

March 14, 2022