IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK C. SAVIGNAC and<br>JULIA SHEKETOFF,<br><br>　　*Plaintiffs*,<br><br>　　　　v.<br><br>JONES DAY, STEPHEN J. BROGAN,<br>BETH HEIFETZ, MICHAEL SHUMAKER,<br>and TRACI LOVITT,<br><br>　　*Defendants*. | Case No. 1:19-cv-02443-RDM-ZMF |

**DECLARATION IN SUPPORT OF MOTION TO ALLOW
ALISON FRICK TO APPEAR *PRO HAC VICE***

I, Alison Frick, declare as follows:

1.　　I am a partner at Kaufman Lieb Lebowitz & Frick LLP, located at 10 East 40th Street, Suite 3307, New York, New York 10016. My telephone number is (212) 660-2332. My email address is africk@kllf-law.com.

2.　　Pursuant to Local Civil Rule 83.2(d), I submit this declaration in support of Plaintiff Julia Sheketoff's motion to permit me to appear in this case *pro hac vice* for the limited purpose of representing Plaintiff Mark Savignac in his deposition and Plaintiff Julia Sheketoff in her deposition, which depositions are scheduled for March 29 and April 1.

3.　　I am a member in good standing of the following bars: New York, admitted 2013; New Jersey, admitted 2021; United States District Court for the Southern District of New York, admitted 2013; United States District Court for the Eastern District of New York, admitted 2013; United States District Court for the Northern District of New York, admitted 2020; United States

District Court for the District of New Jersey, admitted 2021; United States Court of Appeals for the Second Circuit, admitted 2014.

4. There are no disciplinary proceedings pending against me in any jurisdiction and no discipline has previously been imposed on me in any jurisdiction.

5. I have never been admitted *pro hac vice* to this Court.  I am not a member of the District of Columbia Bar, nor do I practice from an office located in the District of Columbia.

6. I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Alison Frick*
Alison Frick
KAUFMAN LIEB LEBOWITZ &
FRICK LLP
10 East 40th Street, Suite 3307
New York, New York 10016
(212) 660-2332

March 12, 2022