AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

Mark Savignac & Julia Sheketoff )
*Plaintiff* )
v. ) Case No. 19-CV-2443-RDM-ZMF
Jones Day et al. )
*Defendant* )

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs for the limited purpose of representing Julia at her deposition and Mark at his deposition.

Date: 03/16/2022

/s/ Alison Frick
*Attorney's signature*

Alison Frick
*Printed name and bar number*

Kaufman Lieb Lebowitz & Frick LLP
10 East 40th Street, Suite 3307
New York, NY 10016
*Address*

africk@kllf-law.com
*E-mail address*

(212) 660-2332
*Telephone number*

*FAX number*