IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK C. SAVIGNAC and JULIA SHEKETOFF,<br><br>*Plaintiffs*,<br><br>v.<br><br>JONES DAY et al.,<br><br>*Defendants*. | Case No. 1:19-cv-02443-RDM-ZMF |

**JOINT MOTION FOR EXTENSION OF TIME TO
COMPLETE FACT DISCOVERY**

Under this Court's minute order of December 5, 2021, fact discovery in this action is to close by April 4, 2022. The Court has referred two disputes about the scope of document discovery to Magistrate Judge Faruqui. *See* Minute Orders of February 1 and February 28, 2022. The parties respectfully request that the Court hold all discovery deadlines in abeyance and order that, within seven days of resolution of those disputes, the parties shall confer regarding the additional time needed to complete discovery and file an appropriate request with the Court.

Respectfully submitted,

<div style="column-count:2">

/s/ Julia Sheketoff
Julia Sheketoff (pro se)
2207 Combes Street
Urbana, IL 61801
(202) 567-7195
sheketoff@gmail.com
D.C. Bar No. 1030225

/s/ Mark C. Savignac
Mark C. Savignac (pro se)
2207 Combes Street
Urbana, IL 61801
(217) 714-3803
marksavignac@gmail.com
D.C. Bar No. 995367

*Plaintiffs*

March 18, 2022

/s/ Terri L. Chase
Terri L. Chase (pro hac vice)
JONES DAY
600 Brickell Avenue, Suite 3300
Miami, Florida 33131
Phone: 305-714-9700
Email: tlchase@jonesday.com

Traci Lovitt (Bar No. 467222)
JONES DAY
250 Vesey Street
New York, NY 10281
Phone: (212) 326-3939
Email: tlovitt@jonesday.com

Christopher DiPompeo (Bar No. 1003503)
JONES DAY
51 Louisiana Avenue NW
Washington, DC 20001
Phone: (202) 879-3939
Email: cdipompeo@jonesday.com

Anderson T. Bailey (*pro hac vice*)
JONES DAY
500 Grant Street
Pittsburgh, PA 15219
Phone: (412) 391-3939
Email: atbailey@jonesday.com

*Counsel for Defendants*

</div>