IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK C. SAVIGNAC and<br>JULIA SHEKETOFF,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>JONES DAY, STEPHEN J. BROGAN,<br>BETH HEIFETZ, MICHAEL SHUMAKER,<br>and TRACI LOVITT,<br><br>    *Defendants*. | Case No. 1:19-cv-02443-RDM-ZMF |

### NOTICE OF CHANGE OF ADDRESS

Undersigned counsel hereby advises the Court that her address has changed to 18 E. 48th Street, Suite 802, New York, NY 10017.  Counsel's other contact information has not changed.

April 5, 2022

/s/ Alison Frick
Alison Frick (*pro hac vice*)
KAUFMAN LIEB LEBOWITZ &
FRICK LLP
18 E. 48th Street, Suite 802
New York, NY 10017
(212) 660-2332