IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK C. SAVIGNAC and<br>JULIA SHEKETOFF,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>JONES DAY, et al.,<br><br>    *Defendants*. | Case No. 1:19-cv-02443-RDM-ZMF |

**JOINT STATUS REPORT REGARDING DISCOVERY SCHEDULE**

On March 18, 2022, the Court ordered the parties to file a joint status report regarding a schedule for remaining discovery within seven days of Judge Faruqui's resolution of the parties' two outstanding discovery disputes. Judge Faruqui entered an order resolving the second of those disputes on April 14, 2022, and Defendants produced documents in accordance with that order on April 20, 2022. Plaintiffs are reviewing those documents and the parties plan to meet and confer regarding the schedule for discovery. The parties propose to file a status report on April 28 further advising the Court.

Respectfully submitted,                                                                                    April 21, 2022

| | |
|---|---|
| /s/ Julia Sheketoff | /s/ Terri L. Chase |
| Julia Sheketoff (*pro se*) | Terri L. Chase (pro hac vice) |
| 2207 Combes Street | JONES DAY |
| Urbana, IL 61801 | 600 Brickell Avenue, Suite 3300 |
| (202) 567-7195 | Miami, Florida 33131 |
| sheketoff@gmail.com | Phone: 305-714-9700 |
| | Email: tlchase@jonesday.com |
| /s/ Mark C. Savignac | |
| Mark C. Savignac (*pro se*) | Traci Lovitt (Bar No. 467222) |
| 2207 Combes Street | JONES DAY |
| Urbana, IL 61801 | 250 Vesey Street |
| (217) 714-3803 | New York, NY 10281 |
| marksavignac@gmail.com | Phone: (212) 326-3939 |
| | Email: tlovitt@jonesday.com |
| *Plaintiffs* | |
| | Christopher DiPompeo (Bar No. 1003503) |
| | JONES DAY |
| | 51 Louisiana Avenue NW |
| | Washington, DC 20001 |
| | Phone: (202) 879-3939 |
| | Email: cdipompeo@jonesday.com |
| | |
| | Anderson T. Bailey (*pro hac vice*) |
| | JONES DAY |
| | 500 Grant Street |
| | Pittsburgh, PA 15219 |
| | Phone: (412) 391-3939 |
| | Email: atbailey@jonesday.com |
| | |
| | *Counsel for Defendants* |