IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK C. SAVIGNAC and<br>JULIA SHEKETOFF,<br><br>    *Plaintiffs*,<br><br>          v.<br><br>JONES DAY, STEPHEN J. BROGAN,<br>BETH HEIFETZ, MICHAEL SHUMAKER,<br>and TRACI LOVITT,<br><br>    *Defendants*. | Case No. 1:19-cv-02443-RDM-ZMF |

**UNOPPOSED MOTION TO EXTEND TIME TO OBJECT TO
MAGISTRATE JUDGE ORDER**

On April 14, the magistrate judge assigned to conduct an in camera review of Jones Day documents issued an order directing Jones Day to produce the withheld documents as redacted by the magistrate judge. Dkt. 135. Jones Day produced the documents on April 20. Any objection to the magistrate judge's order is currently due on April 28, fourteen days after the order was issued. *See* Fed. R. Civ. P. 72(a); LCvR 72.2(b). Plaintiffs respectfully request a six-day extension to May 4, which is 14 days after Plaintiffs received the documents with the magistrate judge's redactions. Defendants do not oppose the proposed extension.

| | |
|---|---|
| /s/ Julia Sheketoff | /s/ Mark C. Savignac |
| Julia Sheketoff (pro se)<br>2207 Combes Street<br>Urbana, IL 61801<br>(202) 567-7195<br>sheketoff@gmail.com<br>D.C. Bar No. 1030225 | Mark C. Savignac (pro se)<br>2207 Combes Street<br>Urbana, IL 61801<br>(217) 714-3803<br>marksavignac@gmail.com<br>D.C. Bar No. 995367 |

April 24, 2022