**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

MARK C. SAVIGNAC and
JULIA SHEKETOFF,

     *Plaintiffs*,

        v.

JONES DAY, et al.,

     *Defendants*.

Case No. 1:19-cv-02443-RDM-ZMF

**JOINT STATUS REPORT REGARDING DISCOVERY SCHEDULE**

On April 22, 2022, the Court ordered the parties to file a joint status report regarding a schedule for remaining discovery by April 28, 2022.  The parties, who have taken three depositions, are working to schedule remaining depositions and discovery deadlines.  The parties propose to file a status report on May 5 further advising the Court regarding the schedule for remaining discovery.

Respectfully submitted,                                                            April 28, 2022

/s/ Julia Sheketoff                                    /s/ Terri L. Chase
Julia Sheketoff (*pro se*)                            Terri L. Chase (pro hac vice)
2207 Combes Street                                    JONES DAY
Urbana, IL 61801                                      600 Brickell Avenue, Suite 3300
(202) 567-7195                                        Miami, Florida 33131
sheketoff@gmail.com                                   Phone: 305-714-9700
                                                     Email: tlchase@jonesday.com

/s/ Mark C. Savignac                                  Traci Lovitt (Bar No. 467222)
Mark C. Savignac (*pro se*)                           JONES DAY
2207 Combes Street                                    250 Vesey Street
Urbana, IL 61801                                      New York, NY 10281
(217) 714-3803                                        Phone: (212) 326-3939
marksavignac@gmail.com                               Email: tlovitt@jonesday.com

*Plaintiffs*                                          Christopher DiPompeo (Bar No. 1003503)
                                                     JONES DAY
                                                     51 Louisiana Avenue NW
                                                     Washington, DC 20001
                                                     Phone: (202) 879-3939
                                                     Email: cdipompeo@jonesday.com

                                                     Anderson T. Bailey (*pro hac vice*)
                                                     JONES DAY
                                                     500 Grant Street
                                                     Pittsburgh, PA 15219
                                                     Phone: (412) 391-3939
                                                     Email: atbailey@jonesday.com

                                                     *Counsel for Defendants*