IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK C. SAVIGNAC and<br>JULIA SHEKETOFF,<br><br>　　*Plaintiffs*,<br><br>　　　v.<br><br>JONES DAY, et al.,<br><br>　　*Defendants*. | Case No. 1:19-cv-02443-RDM-ZMF |

**JOINT STATUS REPORT REGARDING DISCOVERY SCHEDULE**

On May 19, 2022, the Court ordered the parties to file a joint status report regarding a schedule for remaining discovery by May 26. The parties are still working to schedule remaining depositions and propose discovery deadlines. The parties propose to file a status report by June 2 further advising the Court regarding the schedule for remaining discovery.

Respectfully submitted,                                                                                                May 26, 2022

<div style="display: flex;">
<div>

/s/ Julia Sheketoff
Julia Sheketoff (*pro se*)
2207 Combes Street
Urbana, IL 61801
(202) 567-7195
sheketoff@gmail.com

/s/ Mark C. Savignac
Mark C. Savignac (*pro se*)
2207 Combes Street
Urbana, IL 61801
(217) 714-3803
marksavignac@gmail.com

*Plaintiffs*

</div>
<div>

/s/ Terri L. Chase
Terri L. Chase (pro hac vice)
JONES DAY
600 Brickell Avenue, Suite 3300
Miami, Florida 33131
Phone: 305-714-9700
Email: tlchase@jonesday.com

Traci Lovitt (Bar No. 467222)
JONES DAY
250 Vesey Street
New York, NY 10281
Phone: (212) 326-3939
Email: tlovitt@jonesday.com

Christopher DiPompeo (Bar No. 1003503)
JONES DAY
51 Louisiana Avenue NW
Washington, DC 20001
Phone: (202) 879-3939
Email: cdipompeo@jonesday.com

Anderson T. Bailey (*pro hac vice*)
JONES DAY
500 Grant Street
Pittsburgh, PA 15219
Phone: (412) 391-3939
Email: atbailey@jonesday.com

*Counsel for Defendants*

</div>
</div>