IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK C. SAVIGNAC and<br>JULIA SHEKETOFF,<br><br>　　*Plaintiffs*,<br><br>　　v.<br><br>JONES DAY, et al.,<br><br>　　*Defendants*. | Case No. 1:19-cv-02443-RDM-ZMF |

**JOINT NOTICE REGARDING BRIEFING SCHEDULE FOR SUMMARY JUDGMENT**

　　In advance of the pre-motion conference set for October 13, the parties have conferred on a briefing schedule for cross-motions for summary judgment and for Jones Day's Rule 11 motion. The parties jointly propose the following deadlines:

- Dec. 2: 　　Defendants' summary judgment and Rule 11 motions
- Jan. 20: 　　Plaintiffs' summary judgment motion/opposition to Defendants' motions
- Feb. 17: 　　Defendants' reply on their motions/opposition to Plaintiffs' motion
- March 17: 　Plaintiffs' reply in support of their motion

In addition, the parties respectfully request oral argument on the motions for summary judgment and Jones Day's Rule 11 motion, to be scheduled at the Court's convenience.

Respectfully submitted,                                                October 10, 2022

| | |
|---|---|
| /s/ Julia Sheketoff | /s/ Terri L. Chase |
| Julia Sheketoff (*pro se*) | Terri L. Chase (pro hac vice) |
| 2207 Combes Street | JONES DAY |
| Urbana, IL 61801 | 600 Brickell Avenue, Suite 3300 |
| (202) 567-7195 | Miami, Florida 33131 |
| sheketoff@gmail.com | Phone: 305-714-9700 |
| | Email: tlchase@jonesday.com |
| /s/ Mark C. Savignac | |
| Mark C. Savignac (*pro se*) | Traci Lovitt (Bar No. 467222) |
| 2207 Combes Street | JONES DAY |
| Urbana, IL 61801 | 250 Vesey Street |
| (217) 714-3803 | New York, NY 10281 |
| marksavignac@gmail.com | Phone: (212) 326-3939 |
| | Email: tlovitt@jonesday.com |
| *Plaintiffs* | |
| | Christopher DiPompeo (Bar No. 1003503) |
| | JONES DAY |
| | 51 Louisiana Avenue NW |
| | Washington, DC 20001 |
| | Phone: (202) 879-3939 |
| | Email: cdipompeo@jonesday.com |
| | |
| | Anderson T. Bailey (*pro hac vice*) |
| | JONES DAY |
| | 500 Grant Street |
| | Pittsburgh, PA 15219 |
| | Phone: (412) 391-3939 |
| | Email: atbailey@jonesday.com |
| | |
| | *Counsel for Defendants* |