# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

MARK C. SAVIGNAC and
JULIA SHEKETOFF,

    *Plaintiffs*,

       v.

JONES DAY, STEPHEN J. BROGAN,
BETH HEIFETZ, and MICHAEL
SHUMAKER,

    *Defendants*.

Case No. 1:19-cv-02443-RDM-ZMF

## CONSENT MOTION TO RESCHEDULE HEARING SET FOR OCTOBER 13

In light of a death in the family and as conveyed to Chambers by email, Plaintiffs respectfully request that the remote hearing currently set for October 13 be rescheduled. Defendants consent to this motion.  Plaintiffs understand that the Court and all parties are available to hold the remote hearing on October 25 at 11 am.

/s/ Julia Sheketoff
Julia Sheketoff (pro se)
2207 Combes Street
Urbana, IL 61801
(202) 567-7195
sheketoff@gmail.com
D.C. Bar No. 1030225

/s/ Mark Savignac
Mark C. Savignac (pro se)
2207 Combes Street
Urbana, IL 61801
(217) 714-3803
marksavignac@gmail.com
D.C. Bar No. 995367

October 12, 2022