# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK C. SAVIGNAC and<br>JULIA SHEKETOFF,<br><br>      *Plaintiffs*,<br><br>v.<br><br>JONES DAY, *et al.*,<br><br>      *Defendants*. | Civ. No. 1:19-02443 (RDM)<br><br>**JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER UNDER FEDERAL RULE OF EVIDENCE 502(d)** |

Plaintiffs and Defendants ("the Parties") jointly move this Court for the entry of a non-waiver order under Fed. R. Evid. 502(d).  In support of this Motion, the Parties hereby state:

## I.  MOTION

The Parties jointly move for a protective order under Rule 502(d) of the Federal Rules of Evidence.  Rule 502(d) provides:

> (d) Controlling Effect of a Court Order. A federal court may order that the privilege or protection is not waived by disclosure connected with the litigation pending before the court—in which event the disclosure is also not a waiver in any other federal or state proceeding.

Plaintiffs are two former associates of Defendant Jones Day.  During their employment, Plaintiffs were privy to attorney-client privileged information.  Certain of the privileged information to which Plaintiffs were previously privy was produced in electronic form during the course of discovery in this matter to one or the other plaintiffs, depending on whether that person was within the zone of privilege based on their prior experience with that privileged information during their employment at Jones Day.

Pursuant to the Protective Order entered in this case, and by agreement of the Parties, Plaintiffs have kept such produced information isolated such that it was not disclosed to any individual not privy to that information during his or her tenure at the firm. Accordingly, there is discovery—including produced documents and deposition transcripts—related to a specific plaintiff that the other plaintiff has not seen. Certain of the attorney-client privileged documents and information will likely be submitted by the Parties in connection with summary judgment briefing, particularly with respect to Plaintiff Julia Sheketoff's allegations of sex discrimination with respect to her compensation.

The Parties anticipate moving to file such privileged information under seal pursuant to the Parties' stipulated Protective Order. However, in order to enable all parties to review court filings related to any motions for summary judgment, and in order to ensure that the attorney-client privilege remains in full force and effect notwithstanding the proceedings in this case, the Parties seek an Order under Fed. R. Evid. 502(d) that filing such privileged material under seal—such that it can only be viewed by the named parties in this case and the Court and its staff—will not be deemed or otherwise claimed as waiver.

## II.  CONCLUSION

For the foregoing reasons, the Parties respectfully request that the Court enter an order in accordance with Fed. R. Evid. 502(d) which provides that any attorney-client privilege and/or work-product protection held by Jones Day clients or other third parties that is otherwise applicable to any documents, communications, or testimony produced by any party in discovery in this matter is not waived by any production or disclosure to the Court or the other parties in this action, in which event the disclosure is also not a waiver in any other Federal or State proceeding.

| | |
|---|---|
| Respectfully submitted, | Dated: November 22, 2022 |
| /s/ *Julia Sheketoff* | /s/ *Terri L. Chase* |
| Julia Sheketoff (*pro se*) | Terri L. Chase (*pro hac vice*) |
| 2207 Combes Street | JONES DAY |
| Urbana, IL 61801 | 600 Brickell Avenue, Suite 3300 |
| (202) 567-7195 | Miami, Florida 33131 |
| sheketoff@gmail.com | Ph: (305) 714-9700 |
| | Email: tlchase@jonesday.com |
| | |
| | Traci Lovitt (Bar No. 467222) |
| /s/ *Mark C. Savignac* | JONES DAY |
| Mark C. Savignac (*pro se*) | 250 Vesey Street |
| 2207 Combes Street | New York, NY 10281 |
| Urbana, IL 61801 | Ph: (212) 326-3939 |
| (217) 714-3803 | Email: tlovitt@jonesday.com |
| marksavignac@gmail.com | |
| | Christopher DiPompeo (Bar No. 1003503) |
| *Plaintiffs* | JONES DAY |
| | 51 Louisiana Avenue NW |
| | Washington, DC 20001 |
| | Ph: (202) 879-3939 |
| | Email: cdipompeo@jonesday.com |
| | |
| | Anderson T. Bailey (*pro hac vice*) |
| | JONES DAY |
| | 500 Grant Street |
| | Pittsburgh, PA 15219 |
| | Ph: (412) 391-3939 |
| | Email: atbailey@jonesday.com |
| | |
| | *Attorneys for Defendants* |