## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK C. SAVIGNAC and<br>JULIA SHEKETOFF,<br><br>      *Plaintiffs*,<br><br>v.<br><br>JONES DAY, *et al.*,<br><br>      *Defendants*. | Civ. No. 1:19-02443 (RDM) |

### [PROPOSED] ORDER

Upon consideration of the Parties' Joint Motion for Entry of a Protective Order Under Federal Rule of Evidence 502(d) (the "Motion"), and based on the representations made in the Motion, it is hereby ORDERED that the Motion is GRANTED as follows:

1.    Any attorney-client privilege and/or work product protection held by Jones Day clients or other third parties that is otherwise applicable to any documents, communications, or testimony is not waived by any party in connection with the disclosure under seal to the Court and the other parties in this case of such material;

2.    In accordance with Fed. R. Civ. P. 502(d), no claim of waiver of privilege may be asserted in any other Federal or State proceeding with respect to the disclosure referenced in paragraph 1, above, as further described in the Motion.

SO ORDERED this ____ day of _____.


                                                                                       _____
                                                                                       Judge Randolph D. Moss
                                                                                       United States District Court