IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK C. SAVIGNAC and<br>JULIA SHEKETOFF,<br><br>   *Plaintiffs*,<br><br>v.<br><br>JONES DAY, *et al.*,<br><br>   *Defendants.* | Civ. No. 1:19-02443 (RDM) |

**[PROPOSED] ORDER GRANTING
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Having considered *Defendants' Motion for Summary Judgment* (the "Motion"), along with the briefs, papers, and other materials submitted in support of and opposition to the Motion, and having heard oral argument presented to this Court in support of the parties' positions, it is HEREBY ORDERED that:

1. Defendants' Motion is GRANTED.

2. The Clerk of the Court shall enter final judgment for Defendants on all claims asserted in Plaintiffs' Third Amended Complaint, Dkt. No. 172, and Supplemental Complaint, Dkt. No. 25-1.

SO ORDERED on this day, _____.

                        _____
                         Judge Randolph D. Moss
                         United States District Court