IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK C. SAVIGNAC and <br> JULIA SHEKETOFF, <br> <br> Plaintiffs, <br> <br> v. <br> <br> JONES DAY, *et al.*, <br> <br> Defendants. | Civ. No. 1:19-02443 (RDM) |

### DECLARATION OF TERRI L. CHASE

I, Terri L. Chase, an attorney admitted to practice before this Court, affirm the following under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am a partner with the law firm of Jones Day ("Firm"), a member of the Firm's Advisory Committee, and counsel for Defendants in these proceedings.

2. I submit this declaration in support of Defendants' Motion for Summary Judgment in the above-captioned action, and to attach true and correct copies of the following documents, each of which is designated as an exhibit to Defendants' Motion for Summary Judgment and annexed to this declaration.

3. As counsel for Defendants in these proceedings, I was involved in the collection and production of documents in this matter. The documents referenced in the below chart and identified with the Bates number "JD_" or "JD_JS" were produced by Jones Day during discovery in this litigation. With the exception of any Bates numbers, exhibit stickers, or redactions for privilege or of confidential information, documents identified below with the

Bates number "JD_" or "JD_JS" are, along with Exhibit 75, true and correct copies of records maintained by Jones Day in the ordinary course of business. With the exception of any exhibit stickers, documents identified below with the Bates number starting with a "P" are true and correct copies of documents produced to Defendants by Plaintiffs during discovery in this litigation.

I. **Produced Documents**

| Exhibit No. | Document Description |
|---|---|
| 1. | Excerpts of document titled "Jones Day Firm Manual" (Revised January 7, 2019) (JD_00002026 *et seq.*). |
| 2. | Document titled "Summary of Benefits – NEW ASSOCIATES/JUDICIAL CLERKS" (10/2016) (P02741-44) |
| 3. | Excerpts of document titled "November 16, 1992 Edition of the Firm Manual" (November 16, 1992) (JD_00003303 *et seq.*) |
| 4. | Document titled "Attorney Leave Policies" accompanying 1993 memorandum (JD_00003899 *et seq.*) |
| 5. | Memorandum regarding Changes in Non-Partner Maternity Leave Policy (January 11, 1994) (JD_00003300) |
| 6. | Excerpts of document titled "Jones, Day, Reavis & Pogue Firm Manual" (revised October 1, 1994) (JD_00003443 *et seq.*) |
| 7. | Excerpts of document titled "June 1, 1997 Firm Manual" (June 18, 1997) (JD_00003580 *et seq.*) |
| 8. | Email titled "Jones Day STD Grid" (May 26, 2005) (JD_00003274)<br>• Attachment: SI Short Term Disability Program (JD_00003275-82) |
| 9. | Email chain titled "RE: Maternity/Adoption Leave Policy Recommendation Memo" (September 25, 2014) (JD_00005117-19) *(filed with Motion to Seal in unredacted form)* |

| **Exhibit No.** | **Document Description** |
|---|---|
| 10. | Email titled "Memo re Maternity Policy" (November 12, 2014) (JD_00003215) |

- Attachment: Memorandum regarding Maternity/Adoption Leave Benefit Recommendation (JD_00003216-28)

| | |
|---|---|
| 11. | Email titled "Change in Firm Maternity, Paternity and Adoption Leave Policy for Lawyers" (January 22, 2015) (JD_00005170) |
| 12. | Email titled "revised policy" (May 19, 2015) (JD_00003153) |

- Attachment: Firm Manual Update 5-18-15 (JD_00003154-60)

| | |
|---|---|
| 13. | Email chain titled "FW: Lawyer Family Leave Policy" (August 12, 2019) (JD_00003822-25) *(filed with Motion to Seal in unredacted form, save for content withheld from production on the grounds of a privilege assertion to which Plaintiffs did not object)* |
| 14. | Email chain titled "RE: Lawyer Family Leave Policy – proposed amendment" (April 25, 2018) (JD_00003162) |
| 15. | Assessment Statements and Evaluation Summaries for Evaluation Years 2014 through 2017 (JD_JS_001289-1300) *(filed with Motion to Seal in unredacted form)* |
| 16. | Salary spreadsheets for Julia Sheketoff, 2014 through 2018 (JD_00004765-68) |
| 17. | Excerpts of Jones Day Personnel File for Julia Sheketoff (JD_00000092, *et seq.*) |
| 18. | Document excerpting notes regarding Julia Sheketoff from the "2016 DC Lit Eval Meeting (covering 2015 evaluations)" and the "2017 DC Lit Eval Meeting (covering 2016 evaluations)" (JD_00003732-42) *(filed with Motion to Seal in unredacted form)* |
| 19. | Excerpts of Issues & Appeals Associate Evaluations for 2016, Washington Office (JD_00003112, JD_00003121) *(filed with Motion to Seal in unredacted form, save for content that was not disclosed in discovery due to non-responsiveness and third-party privacy)* |
| 20. | Handwritten notes by Beth Heifetz regarding Associate Evaluation Meetings (March 11, 2017) (JD_00003256-57) |

| Exhibit No. | Document Description |
|---|---|
| 21. | Excerpt of Traci Lovitt's notes from 2017 firmwide litigation associate evaluation meeting (JD_00003754) |
| 22. | Chart summarizing personnel data for Issues and Appeals associates, submitted under Federal Rule of Evidence 1006 as a summary of voluminous records (excerpted from JD_00003984 and JD_00003985, previously produced to Plaintiffs in this action) *(filed with Motion to Seal in unredacted form)* |
| 23. | Issues & Appeals Assessment Statements for Evaluation Years 2014 through 2020 (JD_00003985-4017) *(filed with Motion to Seal in unredacted form, save for content that was not disclosed in discovery due to privilege and third-party privacy)* |
| 24. | 2015 Issues and Appeals Office and Practice Rankings, .pdf generated from native file (JD_00004024) *(filed with Motion to Seal in unredacted form)* |
| 25. | 2016 Issues and Appeals Office and Practice Rankings, .pdf generated from native file (JD_00004025) *(filed with Motion to Seal in unredacted form)* |
| 26. | Email titled "From Mike Shumaker: Non-Partner Evaluations – Your Input is Requested" from Suzanne Coussons (January 22, 2018) (JD_00003061) (without attachments) |
| 27. | Email titled "2016 Non-Partner Evaluation Process – Key Dates" (January 3, 2017) (JD_00003069-70) |
| 28. | Document titled "Non-Partner Evaluations" (JD_00005181-82) |
| 29. | Email titled "Memo from Mike Shumaker re: Non-Partner Evaluations – Washington" (February 16, 2017) (JD_00003071-75) (without attachments) |
| 30. | Email titled "Message from Mike Shumaker re: Associate Compensation" (February 6, 2017) (JD_00003042-43) *(filed with Motion to Seal in unredacted form, save for proprietary content that redacted prior to production)* |
| 31. | Memorandum to Participants in the Evaluation Year 2016 Litigation Practices Non-Partner Evaluation Meeting regarding Evaluation Materials (March 20, 2017) (JD_00003108) |
| 32. | Email titled "Confidential: Memo from Mike Shumaker re: Final Assessments and Associate Compensation" (April 15, 2017) (JD_00003021-22) (without attachments) |

| Exhibit No. | Document Description |
|---|---|
| 33. | Email chain titled "RE: I&A associate assistance" (January 12, 2016) (JD_JS_00000408) *(filed with Motion to Seal in unredacted form)* |
| 34. | Email from Partner A to Julia Sheketoff (February 5, 2016) (JD_JS_0000487) (without attachments) *(filed with Motion to Seal in unredacted form)* |
| 35. | Email chain between Partner A and Julia Sheketoff (March 1, 2016) (JD_JS_00001428) (without attachment) *(filed with Motion to Seal in unredacted form)* |
| 36. | Email chain between Partner A and Julia Sheketoff (March 3, 2016) (JD_JS_00001441-44) *(filed with Motion to Seal in unredacted form)* |
| 37. | Email chain between Partner A and Julia Sheketoff (March 25, 2016) (JD_JS_00001494-95) *(filed with Motion to Seal in unredacted form)* |
| 38. | Email chain between Partner A and Julia Sheketoff (April 22, 2016) (JD_JS_00001180) *(filed with Motion to Seal in unredacted form)* |
| 39. | NPE Entries by Partner A – Narrative Summaries (JD_00002849-60) *(filed with Motion to Seal in unredacted form, save for content that was not disclosed in discovery due to privilege and third-party privacy)* |
| 40. | Email chain titled "Re: Hi!" (July 30, 2018) (JD_00003191-93) |
| 41. | Email titled "*Confidential: Fw: Fw: Privileged and Confidential" (May 17, 2015) (JD_00003790-93) |
| 42. | Email chain titled "RE: Privileged" (January 23, 2019) (JD_00003169-72) |
| 43. | EEOC Charge of Discrimination by Mark C. Savignac (June 19, 2019) (JD_00003258-61) |
| 44. | EEOC Charge of Discrimination by Julia Sheketoff (June 18, 2019) (JD_00003266-69) |
| 45. | EEOC Charge of Discrimination by Mark C. Savignac (June 8, 2020) (P02307-12) |
| 46. | Letter from Kevyn Orr (January 22, 2019) (JD_00002633) |
| 47. | Email titled "RE:" (January 28, 2019) (JD_PRIV_0165) |
| 48. | Email titled "Re" (January 29, 2019) (P02772) |
| 49. | Email titled "FW:" (January 29, 2019) (JD_00002465) |

| Exhibit No. | Document Description |
|---|---|
| 50. | Email titled "Re:" (February 1, 2019) (JD_00002863) |
| 51. | Document titled "Firm Manual Acknowledgment Form" (May 8, 2017) (JD_00000048) |
| 52. | Email titled "FW:" (January 28, 2019) (JD_00002462) |
| 53. | Email chain with title redacted (January 28, 2019) (JD_PRIV_0164) |
| 54. | Email chain titled "RE: time to meet ?" (January 28, 2019) (JD_00002526) |
| 55. | Email chain titled "RE: time for a quick call today ?" (January 29, 2019) (JD_00002528) |
| 56. | Handwritten notes (January 29, 2019) (JD_00003758) |
| 57. | Email chain titled "RE: Updates" (April 5, 2019) (P00069-70) |
| 58. | Email chain titled "RE: Steptoe – Next Round!!" (April 26, 2019) (P00963-64) |
| 59. | Email chain titled "Re: References" (May 2, 2019) (P01543) |
| 60. | Email chain titled "Re: Follow-Up" (May 7, 2019) (P01709-11) |
| 61. | Mark C. Savignac References (P01204) |
| 62. | Email chain titled "FW: Julia Sheketoff and Mark Savignac", forwarding email and attachments from Stephen Chertkof (July 12, 2019) (JD_00002949) (second attachment withheld)<br>• Attachment: letter regarding "Civil rights claims of Julia Sheketoff and Mark Savignac" (JD_00002950-51) |
| 63. | Email chain titled "Re: Noam Scheiber is interested in the story" (August 11, 2019) (P03679) |
| 64. | Email titled "FW: from New York Times reporter" (August 13, 2019) (JD_00002535-36) |
| 65. | Email chain titled "RE: Charge Number 570-2020-01972 (September 18, 2020) (P03075) |
| 66. | Email chain titled "RE: Jones Day's comment" (August 14, 2019) (JD_00002588-93) |

| Exhibit No. | Document Description |
|---|---|
| 67. | Email chain titled "Jones Day comment" (August 13, 2019) (JD_00002546-47) |
| | • Attachment: "Statement" (JD_00002548) |
| 68. | Email chain titled "FW: Jones Day Complaint" (August 13, 2019) (JD_00002982) (attachment withheld) |
| 69. | *Couple's Suit Over Parental Leave Is New Challenge to Big Law Firm*, NY Times, Noam Scheiber, August 14, 2019 |
| 70. | *Married ex-Supreme Court clerks allege legal giant Jones Day discriminates against men in parental leave*, Washington Post, Spencer Hsu, August 15, 2019 |
| 71. | *Meet the Ex-Supreme Court Clerks Suing Jones Day*, The Careerist, Vivia Chen, August 22, 2019 |
| 72. | Jones Day Statement titled "Jones Day responds to litigation challenging leave policy" (August 2019) (P02271-73) |
| 73. | Email chain titled "RE: NYT Statement" (August 13, 2019) (JD_00002494) |
| 74. | Email chain titled "RE: Savignac v. Jones Day" (August 14, 2019) (JD_00002531-32) |
| 75. | Jones Day One Week, Feature Story: "The Life and Times of Naoma Stewart, the Firm's First Female Lawyer" (September 2, 2019) |

## II. Deposition Transcripts

| Exhibit No. | Document Description |
|---|---|
| 76. | Transcript of the deposition of Lori Bounds (July 8, 2022) *(filed with Motion to Seal in unredacted form)* |
| 77. | Transcript of the deposition of Stephen J. Brogan (June 6, 2022) *(filed with Motion to Seal in unredacted form)* |
| 78. | Transcript of the deposition of Benjamin Mizer (March 28, 2022) *(filed with Motion to Seal in unredacted form)* |
| 79. | Transcript of the deposition of Mark C. Savignac (March 29, 2022) *(filed with Motion to Seal in unredacted form)* |

| Exhibit No. | Document Description |
|---|---|
| 80. | Transcript of the deposition of Julia Sheketoff (April 1, 2022) *(filed with Motion to Seal in unredacted form)* |
| 81. | Transcript of the deposition of Michael R. Shumaker (June 17, 2022) *(filed with Motion to Seal in unredacted form)* |
| 82. | Transcript of the deposition of Traci L. Lovitt (Vol. I) (September 1, 2022) *(filed with Motion to Seal in unredacted form)* |
| 83. | Transcript of the deposition of Traci L. Lovitt (Vol. II) (September 1, 2022) *(filed with Motion to Seal in unredacted form)* |
| 84. | Transcript of the deposition of Partner A (August 26, 2022) *(filed with Motion to Seal in unredacted form)* |

### III.  Expert Reports

| Exhibit No. | Document Description |
|---|---|
| 85. | Report of Defendants' Expert Dr. Christine Colie (signed July 29, 2022, served August 1, 2022) |
| 86. | Rebuttal Report of Defendants' Expert Dr. Christine Colie (August 31, 2022) |
| 87. | Report of Plaintiffs' Expert Dr. Kenneth L. Naylor (August 1, 2022) |
| 88. | Report of Defendants' Expert Dr. Elaine E. Schulte (August 1, 2022) |

### IV.  Deposition Transcripts of Expert Witnesses

| Exhibit No. | Document Description |
|---|---|
| 89. | Transcript of the deposition of Dr. Christine Colie, an expert witness for Defendants (September 13, 2022) |
| 90. | Transcript of the deposition of Dr. Kenneth L. Naylor, an expert witness for Plaintiffs (September 15, 2022) |

In compliance with 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: December 2, 2022              /s/ *Terri L. Chase*
                                     Terri L. Chase