# Chase Declaration
# Exhibit 22

# DOCUMENT FILED UNDER SEAL