IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK C. SAVIGNAC and JULIA SHEKETOFF,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>JONES DAY, et al.,<br><br>    *Defendants*. | Case No. 1:19-cv-02443-RDM-ZMF |

**JOINT MOTION REGARDING BRIEFING SCHEDULE FOR
MOTIONS TO SEAL IN CONNECTION WITH SUMMARY JUDGMENT FILINGS**

On December 2, Defendants filed their initial summary judgment filings, including a motion to maintain certain information under seal. While the Court has entered a scheduling order governing the cross-motions for summary judgment, the order does not address the schedule for briefing motions to seal. Accordingly, under the Local Rules, Plaintiffs' opposition to Defendants' sealing motion is currently due on December 16, and future summary judgment filings may occasion additional sealing motions and oppositions. In order to streamline the process by enabling a single set of briefing to address disputed sealing issues with the summary judgment filings and to ensure that the parties have time to resolve disputes through a meet-and-confer process to the extent possible, the parties jointly request that the Court order that:

1. Plaintiffs file their opposition brief addressing all sealing issues raised by the summary judgment briefing on **March 17, 2023** (which is the deadline for Plaintiffs' reply in support of their cross-motion for summary judgment);

2. Defendants file their reply two weeks later, on **March 31, 2023**; and

3. Documents filed provisionally under seal remain under seal until resolution of all Motions to Seal filed in connection with the parties' motions for summary judgment.

Respectfully submitted,                                                                    December 12, 2022

/s/ Julia Sheketoff
Julia Sheketoff (*pro se*)
2207 Combes Street
Urbana, IL 61801
(202) 567-7195
sheketoff@gmail.com

/s/ Mark C. Savignac
Mark C. Savignac (*pro se*)
2207 Combes Street
Urbana, IL 61801
(217) 714-3803
marksavignac@gmail.com

*Plaintiffs*

/s/ Terri L. Chase
Terri L. Chase (pro hac vice)
JONES DAY
600 Brickell Avenue, Suite 3300
Miami, Florida 33131
Phone: 305-714-9700
Email: tlchase@jonesday.com

Traci Lovitt (Bar No. 467222)
JONES DAY
250 Vesey Street
New York, NY 10281
Phone: (212) 326-3939
Email: tlovitt@jonesday.com

Christopher DiPompeo (Bar No. 1003503)
JONES DAY
51 Louisiana Avenue NW
Washington, DC 20001
Phone: (202) 879-3939
Email: cdipompeo@jonesday.com

Anderson T. Bailey (*pro hac vice*)
JONES DAY
500 Grant Street
Pittsburgh, PA 15219
Phone: (412) 391-3939
Email: atbailey@jonesday.com

*Counsel for Defendants*