IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARK C. SAVIGNAC and
JULIA SHEKETOFF,

    *Plaintiffs*,

    v.

JONES DAY, STEPHEN J. BROGAN,
BETH HEIFETZ, and MICHAEL
SHUMAKER,

    *Defendants*.

Case No. 1:19-cv-02443-RDM-ZMF

**UNOPPOSED MOTION TO EXPAND PAGE LIMITS FOR COMBINED BRIEF IN SUPPORT OF PLAINTIFFS' CROSS-MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

On December 2, Jones Day submitted its first round of summary judgment filings, including a 45-page brief in support of its motion for summary judgment. Plaintiffs are currently preparing their summary judgment filings, which are due on January 20, 2023, including a brief that will support Plaintiffs' cross-motion for summary judgment and also oppose Jones Day's summary judgment motion. Under Local Rule 7(e), Plaintiffs appear to have 45 pages for their combined brief absent "prior approval of the Court." Under the same rule, Jones Day appears to have 45 pages for its combined opposition to Plaintiffs' cross-motion and reply in support of its motion, and Plaintiffs would have 25 pages for their reply in support of their cross-motion. In other words, Jones Day would have 90 pages total for its summary judgment briefs while Plaintiffs would have 70, even though both sides are both seeking and opposing summary judgment, merely as a result of the fortuity that Jones Day was the first filer.

Plaintiffs respectfully request approval of the Court to file a 65-page brief supporting their cross-motion and opposing Jones Day's motion. This expansion would equalize the parties' total page allotments for summary judgment briefing. Moreover, the expansion is necessary because Plaintiffs must brief numerous claims, some of which are fact-intensive, and must present arguments on numerous important legal questions as to which there is no binding authority and either very little persuasive authority or a split in persuasive authorities (for example, the standard for protected activity under the Fair Labor Standards Act and the scope of protected activity under Title VII's participation clause).

As required by Local Rule 7(m), Plaintiffs conferred with Defendants' counsel, who indicated that Defendants do not oppose this motion.

| /s/ Julia Sheketoff | /s/ Mark Savignac |
|---|---|
| Julia Sheketoff (pro se) | Mark C. Savignac (pro se) |
| 2207 Combes Street | 2207 Combes Street |
| Urbana, IL 61801 | Urbana, IL 61801 |
| (202) 567-7195 | (217) 714-3803 |
| sheketoff@gmail.com | marksavignac@gmail.com |
| D.C. Bar No. 1030225 | D.C. Bar No. 995367 |

December 23, 2022