IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MARK C. SAVIGNAC and<br>JULIA SHEKETOFF,<br><br>   *Plaintiffs*,<br><br>v.<br><br>JONES DAY, *et al.*,<br><br>   *Defendants.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civ. No. 1:19-02443 (RDM) |

**JOINT MOTION TO MODIFY BRIEFING SCHEDULE
FOR SUMMARY JUDGMENT, RULE 11, AND SEALING MOTIONS**

Plaintiffs and Defendants (the "Parties") jointly move this Court for the entry of an order modifying the briefing schedule with respect to (i) Defendants' summary judgment motion and Plaintiffs' anticipated cross-motion; (ii) Defendants' Rule 11 motion and Plaintiffs' anticipated cross-motion; and (iii) the Parties' filings regarding all sealing issues raised by the summary judgment filings.  The Parties respectfully request these modifications to the briefing schedule in order to give Plaintiffs sufficient time to file their summary judgment opposition/cross-motion and their Rule 11 opposition/cross-motion simultaneously, so as to allow the Parties to efficiently cross-reference these related filings.  The Parties jointly propose the following modified deadlines, which would extend each of the existing filing deadlines by one week:

- **January 27, 2023**:  Plaintiffs shall file their (i) summary judgment opposition/cross-motion, and (ii) Rule 11 opposition/cross-motion.

- **February 24, 2023**:  Defendants shall file their (i) summary judgment reply/cross-opposition, and (ii) Rule 11 reply/cross-opposition.

1

- **March 24, 2023**: Plaintiffs shall file their (i) summary judgment reply, (ii) Rule 11 reply, and (iii) opposition brief addressing all sealing issues raised by the summary judgment filings.

- **April 7, 2023**: Defendants shall file their reply addressing all sealing issues raised by the summary judgment filings.

Dated: January 17, 2023

/s/ Julia Sheketoff
Julia Sheketoff (*pro se*)
2207 Combes Street
Urbana, IL 61801
(202) 567-7195
sheketoff@gmail.com


/s/ Mark C. Savignac
Mark C. Savignac (*pro se*)
2207 Combes Street
Urbana, IL 61801
(217) 714-3803
marksavignac@gmail.com

*Plaintiffs*

Respectfully submitted,

/s/ Terri L. Chase
Terri L. Chase (*pro hac vice*)
JONES DAY
600 Brickell Avenue, Suite 3300
Miami, Florida 33131
Ph: (305) 714-9700
Email: tlchase@jonesday.com

Traci Lovitt (Bar No. 467222)
JONES DAY
250 Vesey Street
New York, NY 10281
Ph: (212) 326-3939
Email: tlovitt@jonesday.com

Christopher DiPompeo (Bar No. 1003503)
JONES DAY
51 Louisiana Avenue NW
Washington, DC 20001
Ph: (202) 879-3939
Email: cdipompeo@jonesday.com

Anderson T. Bailey (*pro hac vice*)
JONES DAY
500 Grant Street
Pittsburgh, PA 15219
Ph: (412) 391-3939
Email: atbailey@jonesday.com

*Attorneys for Defendants*