IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK C. SAVIGNAC and<br>JULIA SHEKETOFF,<br><br>　*Plaintiffs*,<br><br>　　　v.<br><br>JONES DAY, STEPHEN J. BROGAN,<br>BETH HEIFETZ, and MICHAEL<br>SHUMAKER,<br><br>　*Defendants*. | Case No. 1:19-cv-02443-RDM-ZMF |

**CONSENT MOTION TO EXTEND DEADLINE TO FILE
PUBLIC VERSIONS OF STATEMENTS OF FACTS AND EXHIBITS
IN SUPPORT OF SUMMARY JUDGMENT FILINGS**

Plaintiffs' filings in response to Jones Day's summary judgment motion and Rule 11 motion and in support of Plaintiffs' cross-motions are due January 27. As part of those filings, Plaintiffs anticipate filing and addressing in the Local Rule 7(h) fact statements a large volume of exhibits that are subject to court orders requiring redaction when filed publicly on the Court's docket. Completing the redactions to and public filing of those statements and exhibits without error will require substantial time and care. Moreover, the parties are continuing to confer over the extent to which Defendants' confidentiality designations over certain of the documents can be withdrawn in whole or in part.

For these reasons, and to enable Plaintiffs to focus on the other filings due January 27, Plaintiffs respectfully request a two-business-day extension (to Tuesday, January 31) of the deadline as it applies to the <u>public filings of the Rule 7(h) statements, exhibits, and declaration describing the exhibits</u>. The requested extension would not affect the filing under seal or service

on Defendants' counsel of any paper, which would all occur as scheduled on January 27, and therefore would not affect the existing schedule for briefing and argument on summary judgment. The requested extension also would not affect the public filing (with appropriate redactions) of Plaintiffs' briefs due January 27.

      As required by Local Rule 7(m), Plaintiffs conferred with Defendants' counsel, who indicated that Defendants consent to this motion.

| /s/ Julia Sheketoff | /s/ Mark Savignac |
|---|---|
| Julia Sheketoff (pro se) | Mark C. Savignac (pro se) |
| 2207 Combes Street | 2207 Combes Street |
| Urbana, IL 61801 | Urbana, IL 61801 |
| (202) 567-7195 | (217) 714-3803 |
| sheketoff@gmail.com | marksavignac@gmail.com |
| D.C. Bar No. 1030225 | D.C. Bar No. 995367 |

January 24, 2023