IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK C. SAVIGNAC and JULIA SHEKETOFF,<br><br>*Plaintiffs*,<br><br>v.<br><br>JONES DAY, STEPHEN J. BROGAN, BETH HEIFETZ, and MICHAEL SHUMAKER,<br><br>*Defendants*. | Case No. 1:19-cv-02443-RDM-ZMF |

**PLAINTIFFS' CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT**

For the reasons set forth in Plaintiffs' Brief in Support of Their Cross-Motion for Partial Summary Judgment and Opposition to Defendants' Summary Judgment Motion, Plaintiffs respectfully move for summary judgment that Jones Day violated Title VII, the Fair Labor Standards Act (FLSA), the D.C. Human Rights Act (DCHRA), and the D.C. FMLA with its discriminatory leave policy (Counts I-III) and by firing Mark in retaliation for Plaintiffs' challenge to its leave offerings (Counts VII-IX, XI). *See* Dkt. 172 (TAC). Plaintiffs also seek summary judgment against Defendants Brogan and Shumaker for firing Mark (Counts VIII-IX).

Plaintiffs' motion is limited to liability, with remedies to be determined later.

| | |
|---|---|
| /s/ Julia Sheketoff | /s/ Mark Savignac |
| Julia Sheketoff (pro se) | Mark C. Savignac (pro se) |
| 2207 Combes Street | 2207 Combes Street |
| Urbana, IL 61801 | Urbana, IL 61801 |
| (202) 567-7195 | (217) 714-3803 |
| sheketoff@gmail.com | marksavignac@gmail.com |
| D.C. Bar No. 1030225 | D.C. Bar No. 995367 |

January 27, 2023