IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK C. SAVIGNAC and<br>JULIA SHEKETOFF,<br><br>　　*Plaintiffs*,<br><br>　　　　v.<br><br>JONES DAY, STEPHEN J. BROGAN,<br>BETH HEIFETZ, and MICHAEL<br>SHUMAKER,<br><br>　　*Defendants*. | Case No. 1:19-cv-02443-RDM-ZMF |

**PLAINTIFFS' CROSS-MOTION FOR RULE 11 SANCTIONS**

For the reasons set forth in Plaintiffs' Brief in Opposition to Defendants' Sanctions Motion and in Support of Plaintiffs' Cross-Motion for Rule 11 Sanctions, Plaintiffs respectfully move for sanctions based on Defendants' frivolous Rule 11 motion (Dkt. 188). As required by Rule 11(c)(2), Plaintiffs served this motion and a detailed cover letter on Jones Day on December 30, 2022. Jones Day refused to withdraw its Rule 11 motion. Plaintiffs accordingly request that the Court impose Rule 11 sanctions sufficient to deter repetition of the violation by Defendants, the responsible Jones Day partners, and others similarly situated. *See* Fed. R. Civ. P. 11(c).

| | |
|---|---|
| /s/ Julia Sheketoff | /s/ Mark Savignac |
| Julia Sheketoff (pro se)<br>2207 Combes Street<br>Urbana, IL 61801<br>(202) 567-7195<br>sheketoff@gmail.com<br>D.C. Bar No. 1030225 | Mark C. Savignac (pro se)<br>2207 Combes Street<br>Urbana, IL 61801<br>(217) 714-3803<br>marksavignac@gmail.com<br>D.C. Bar No. 995367 |

January 27, 2023