IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK C. SAVIGNAC and JULIA SHEKETOFF,<br><br>  *Plaintiffs*,<br><br>  v.<br><br>JONES DAY, STEPHEN J. BROGAN, BETH HEIFETZ, and MICHAEL SHUMAKER,<br><br>  *Defendants*. | Case No. 1:19-cv-02443-RDM-ZMF |

**DECLARATION OF MARK SAVIGNAC**

I, Mark Savignac, a pro se plaintiff in this action and an attorney admitted to practice before this Court, declare as follows under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am a pro se plaintiff in this action and an attorney admitted to practice before this Court.

2. I submit this declaration in support of Plaintiffs' summary judgment and Rule 11 filings in the above-captioned actions.

3. I have believed from at latest August 2018 through the present that Jones Day's leave policy violates the antidiscrimination laws.

4. In January 2015, I believed that the leave policy that Jones Day announced that month violated the antidiscrimination laws, including by providing an eight-week block of so-called disability leave that is given regardless of actual disability.

5. January 2015 was more than two years before I married Julia (in April 2017), started work at Jones Day (in May 2017), or anticipated litigation relating to the firm's leave policy (beginning in mid-2018).

6. While I was present at the male Issues & Appeals associates' table in the Jones Day cafeteria, Partner A stopped by the table and made self-deprecating remarks to the effect that the male associates at the table are more intelligent than Partner A.

7. Exhibit 1 to this declaration is the Brief for the United States as Amicus Curiae Supporting Petitioner in *Crawford v. Metropolitan Government of Nashville*, U.S. No. 06-1595 (submitted April 2008), which I downloaded from the website of the Department of Justice.

In compliance with 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 27, 2023.                /s/ Mark Savignac
                                             Mark C. Savignac (pro se)
                                             2207 Combes Street
                                             Urbana, IL 61801
                                             (217) 714-3803
                                             marksavignac@gmail.com
                                             D.C. Bar No. 995367