IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK C. SAVIGNAC and JULIA SHEKETOFF,<br><br>*Plaintiffs*,<br><br>v.<br><br>JONES DAY, STEPHEN J. BROGAN, BETH HEIFETZ, and MICHAEL SHUMAKER,<br><br>*Defendants*. | Case No. 1:19-cv-02443-RDM-ZMF |

**NOTICE REGARDING CORRECTED PUBLIC FILINGS**

Plaintiffs' corrected versions of the publicly filed versions of Sheketoff Ex. 39 (Dkt. 206-39) and Plaintiffs' statement of undisputed facts (Dkt. 209) include a handful of additional redactions. The corrections do not affect the unredacted versions filed under seal with the Court.

/s/ Julia Sheketoff
Julia Sheketoff (pro se)
2207 Combes Street
Urbana, IL 61801
(202) 567-7195
sheketoff@gmail.com
D.C. Bar No. 1030225

/s/ Mark Savignac
Mark C. Savignac (pro se)
2207 Combes Street
Urbana, IL 61801
(217) 714-3803
marksavignac@gmail.com
D.C. Bar No. 995367

March 6, 2023