AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Mark Savignac; Julia Sheketoff | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:19-cv-02443-RDM-ZMF |
| Jones Day; S. Brogan; B. Heifetz; M. Shumaker | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Jones Day, Stephen J. Brogan, Beth Heifetz, and Michael Shumaker                    .

Date: 09/14/2023

/s/ Jacob M. Roth
*Attorney's signature*

Jacob M. Roth (Bar no. 995090)
*Printed name and bar number*

Jones Day
51 Louisiana Ave NW
Washington DC 20001
*Address*

yroth@jonesday.com
*E-mail address*

(202) 879-7658
*Telephone number*

(202) 626-1700
*FAX number*