IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK C. SAVIGNAC and<br>JULIA SHEKETOFF,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>JONES DAY, STEPHEN J. BROGAN,<br>BETH HEIFETZ, and MICHAEL<br>SHUMAKER,<br><br>    *Defendants*. | Case No. 1:19-cv-02443-RDM |

**NOTICE OF WITHDRAWAL OF APPEARANCE OF JACOB M. ROTH**

PLEASE TAKE NOTICE that, pursuant to Local Rule 83.6(b), Jacob M. Roth hereby withdraws his appearance as counsel of record for Defendants in this matter. No trial date has been set. Co-counsel at Jones Day, including Terri Chase, Traci Lovitt, Christopher DiPompeo, and Anderson Bailey, will continue as counsel for Defendants in this matter.

Dated September 21, 2023

Respectfully submitted,

*/s/  Jacob M. Roth*
Jacob M. Roth (Bar No. 995090)
JONES DAY
51 Louisiana Avenue NW
Washington, DC 20001
Phone: (202) 879-7658
Email: yroth@jonesday.com

FOR DEFENDANTS
*/s/ Terri L. Chase*
Terri L. Chase (pro hac vice)
JONES DAY
600 Brickell Avenue, Suite 3300
Miami, Florida 33131
Phone: 305-714-9700
Email: tlchase@jonesday.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I, Jacob M. Roth, hereby certify that a true copy of the foregoing document will be filed and served on all counsel of record on this same day through the ECF system.

*/s/ Jacob M. Roth*
Jacob M. Roth