IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK C. SAVIGNAC and JULIA SHEKETOFF,<br><br>    *Plaintiffs*,<br><br>        v.<br><br>JONES DAY, STEPHEN J. BROGAN, BETH HEIFETZ, and MICHAEL SHUMAKER,<br><br>    *Defendants*. | Case No. 1:19-cv-02443-RDM-ZMF |

**PLAINTIFFS' NOTICE REGARDING REMOTE PARTICIPATION IN SUMMARY JUDGMENT ARGUMENT**

Pursuant to the Court's minute order of September 25, 2023, Plaintiffs hereby formally notify the Court and Defendants that Plaintiffs will appear by videoconference at the summary judgment argument set for October 12. As Defendants are aware, Plaintiffs have made the necessary arrangements with the Court's courtroom deputy.

/s/ Julia Sheketoff
Julia Sheketoff (pro se)
2207 Combes Street
Urbana, IL 61801
(202) 567-7195
sheketoff@gmail.com
D.C. Bar No. 1030225

October 3, 2023

/s/ Mark Savignac
Mark C. Savignac (pro se)
2207 Combes Street
Urbana, IL 61801
(217) 714-3803
marksavignac@gmail.com
D.C. Bar No. 995367