UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARK C. SAVIGNAC, *et al.*,

    *Plaintiffs*,

v.

JONES DAY, *et al.*,

    *Defendants*.

Civil Action No. 19-2443 (RDM)

### ORDER

For the reasons explained in the Court's memorandum opinion, Dkt. 243, it is hereby **ORDERED** that the Court will **DENY** Plaintiffs' motion for summary judgment, Dkt. 203, and will **GRANT** in part and **DENY** in part Defendants' cross-motion for summary judgment, Dkt. 189. The Court will **GRANT** summary judgment to Defendants on Claims 4-6 and Claims 11-14 and will **DENY** Defendants' motion for summary judgment on all other claims.

    **SO ORDERED**.

/s/ Randolph D. Moss
RANDOLPH D. MOSS
United States District Judge

Date: September 25, 2024