IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK C. SAVIGNAC and<br>JULIA SHEKETOFF,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>JONES DAY, STEPHEN J. BROGAN,<br>and MICHAEL SHUMAKER,<br><br>    *Defendants*. | Case No. 1:19-cv-02443-RDM-ZMF |

**NOTICE REGARDING REMOTE APPEARANCE VIA ZOOM**

In response to the Court's order entered earlier today, Plaintiffs hereby respectfully provide notice of their intent to participate in the October 16 conference via Zoom.

/s/ Julia Sheketoff
Julia Sheketoff (pro se)
2207 Combes Street
Urbana, IL 61801
(202) 567-7195
sheketoff@gmail.com
D.C. Bar No. 1030225

/s/ Mark C. Savignac
Mark C. Savignac (pro se)
2207 Combes Street
Urbana, IL 61801
(217) 714-3803
marksavignac@gmail.com
D.C. Bar No. 995367

October 3, 2024