IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK C. SAVIGNAC and<br>JULIA SHEKETOFF,<br><br>   *Plaintiffs*,<br><br>   v.<br><br>JONES DAY, STEPHEN J. BROGAN,<br>and MICHAEL SHUMAKER,<br><br>   *Defendants*. | Case No. 1:19-cv-02443-RDM |

**NOTICE THAT PRIVILEGE WAIVER DISPUTE IS READY FOR DECISION**

   Defendants and Plaintiffs have each filed a brief on the privilege waiver issue. Dkts. 252, 254-1 (sealed version), 255 (public version). Today, Defendants' counsel advised Plaintiffs that Defendants do not intend to submit anything further on this issue.

   Plaintiffs therefore submit this notice to advise the Court that the privilege dispute is now fully briefed and ready for decision. *See also* Dkt. 254-1 at 1 (requesting expedited resolution in light of the possibility for interlocutory proceedings in the D.C. Circuit).


/s/ Julia Sheketoff                                      /s/ Mark C. Savignac
Julia Sheketoff (pro se)                           Mark C. Savignac (pro se)
2207 Combes Street                                2207 Combes Street
Urbana, IL 61801                                     Urbana, IL 61801
(202) 567-7195                                         (217) 714-3803
sheketoff@gmail.com                            marksavignac@gmail.com
D.C. Bar No. 1030225                             D.C. Bar No. 995367

November 22, 2024