# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK C. SAVIGNAC and<br>JULIA SHEKETOFF,<br><br>   *Plaintiffs*,<br><br>      v.<br><br>JONES DAY, STEPHEN J. BROGAN,<br>and MICHAEL SHUMAKER,<br><br>   *Defendants*. | Case No. 1:19-cv-02443-RDM |

## NOTICE OF APPEARANCE

    I, Alexandra Walsh, being a member in good standing of the bar of this Court and the bar of the District of Columbia, hereby notice my appearance as counsel for Plaintiffs Mark C. Savignac and Julia Sheketoff in this action.

December 17, 2024

/s/ Alexandra Walsh
Alexandra Walsh (No. 283544)
ANAPOL WEISS
14 Ridge Square, NW 3rd Floor
Washington, DC 20016
(771) 224-8065
awalsh@anapolweiss.com