IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK C. SAVIGNAC and<br>JULIA SHEKETOFF,<br><br>*Plaintiffs*,<br><br>v.<br><br>JONES DAY, STEPHEN J. BROGAN,<br>BETH HEIFETZ, and JOHN DOES 1-10,<br><br>*Defendants*. | Case No. 1:19-cv-02443-RDM |

## **NOTICE**

Pursuant to the Court's Memorandum Opinion and Order of January 29, 2025 (ECF 261), Jones Day served on Plaintiffs and their counsel a copy of the document filed on an ex parte basis and under seal at ECF 262. The document was provided to Plaintiffs on February 5, 2025, and included the redactions ordered by the Court.

February 10, 2025

Respectfully submitted,

 /s/ *Terri L. Chase*
Terri L. Chase (pro hac vice)
JONES DAY
600 Brickell Avenue, Suite 3300
Miami, Florida 33131
Phone: 305-714-9700
Email: tlchase@jonesday.com

Christopher DiPompeo (Bar No. 1003503)
JONES DAY
51 Louisiana Avenue NW
Washington, DC 20001
Phone: (202) 879-3939
Email: cdipompeo@jonesday.com

Anderson T. Bailey (*pro hac vice*)
JONES DAY
500 Grant Street
Pittsburgh, PA 15219
Phone: (412) 391-3939
Email: atbailey@jonesday.com

*Counsel for Defendants*