IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK C. SAVIGNAC and<br>JULIA SHEKETOFF,<br><br>   *Plaintiffs*,<br><br>      v.<br><br>JONES DAY, STEPHEN J. BROGAN,<br>and MICHAEL SHUMAKER,<br><br>   *Defendants*. | Case No. 1:19-cv-02443-RDM |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs and Defendants hereby stipulate to the dismissal of all claims against all parties in this matter, with prejudice. Each side to bear its own costs and fees.

1

Respectfully submitted, Dated: February 25, 2025

/s/ Alexandra Walsh
Alexandra Walsh (No. 283544)
ANAPOL WEISS
14 Ridge Square, NW 3rd Floor
Washington, DC 20016
Phone: (771) 224-8065
Email: awalsh@anapolweiss.com

William Smith (pro hac vice)
ANAPOL WEISS
6060 Center Drive, 10th Floor
Los Angeles, CA 90045
Phone: (213) 782-5852
Email: wsmith@anapolweiss.com

*Counsel for Plaintiffs*

Julia Sheketoff
2207 Combes Street
Urbana, IL 61801
Phone: (202) 567-7195
Email: sheketoff@gmail.com

Mark C. Savignac
2207 Combes Street
Urbana, IL 61801
Phone: (217) 714-3803
Email: marksavignac@gmail.com

*Plaintiffs*

/s/ Terri L. Chase
Terri L. Chase (pro hac vice)
JONES DAY
600 Brickell Avenue, Suite 3300
Miami, Florida 33131
Phone: 305-714-9700
Email: tlchase@jonesday.com

Anderson T. Bailey (pro hac vice)
JONES DAY
500 Grant Street
Pittsburgh, PA 15219
Phone: (412) 391-3939
Email: atbailey@jonesday.com

Traci L. Lovitt
JONES DAY
250 Vesey Street
New York, NY 10281
Phone: (212) 326-3939
Email: tlovitt@jonesday.com

Mary Ellen Powers
Hashim M. Mooppan
Christopher DiPompeo
JONES DAY
51 Louisiana Avenue NW
Washington, DC 20001
Phone: (202) 879-3939

*Counsel for Defendants*